AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br><br>Akbar Masood ~~et al.~~ <br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Case No. 22-Cr-00091 PWG |

## ARREST WARRANT

USDC- GREENBELT
'22 APR 7 PM 3:29

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Akbar Masood                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Health Care Fraud and Wire Fraud, 18 U.S.C. § 1349; Wire Fraud, 18 U.S.C. § 1343; Aggravated Identity Theft, 18 U.S.C. § 1028A; Aiding and Abetting, 18 U.S.C. § 2

Date:   March 17, 2022

_____
*Issuing officer's signature*

City and state:    Greenbelt, Maryland

Honorable Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  3/17/2022 , and the person was arrested on *(date)*  04/06/2022 |
| at *(city and state)*  _____ . |
| Date:  04/06/2022              *Arresting officer's signature* Latasha McClendon<br>Latasha McClendon, SA, NCIS<br>*Printed name and title* |