# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AKBAR MASOOD, et al,<br><br>Defendants. | Criminal Action No. PX-22-0091 |

## PRETRIAL SCHEDULING ORDER

For the reasons stated during status conference held February 3, 2023, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| November 27, 2023 | Defendant to supplement/add motions to suppress and other pretrial motions |
| December 15, 2023 | Government's Omnibus Response |
| December 29, 2023 | Replies |
| January 5, 2024 at 10:00 a.m. | Motions Hearing |
| January 9, 2024 | Motions *in Limine* due |
| January 26, 2024 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| February 2, 2024 (10am – 2pm) | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| February 12, 2024 | Trial begins. Expected length: 2 weeks (Monday – Friday) |

Dated: February 6, 2023                                   /S/
                                                                   Paula Xinis
                                                                   United States District Judge