## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Between January 2017 and February 2019, **RHONDA PAUL ("PAUL")** agreed with co-defendant **Michelle Peebles ("Peebles")** to disguise **Peeble's** income from her employer, Victim Company A ("Company A"), by posing as a remote contract employee of Company A. **Peebles** created the scheme with co-conspirator **Akbar Masood ("Masood")**, an officer of Company A, to avoid exceeding income limits necessary for **Peebles** to qualify for a Small Business Administration program for disadvantaged business owners. This would allow HMA Solutions, a company **Peebles** and **Masood** had established in 2016, to obtain government contracts on favorable terms.

**Peebles**, the site manager for Company A's medical coding support contract at Walter Reed National Military Medical Center (WRNMMC), prepared invoices purporting that **PAUL** was performing medical coding services under the contract, when, in fact, **Peebles** was performing the work. **PAUL** would then submit these invoices, knowing that they contained materially false information.

For instance, on January 3, 2018, **PAUL** emailed an invoice claiming medical coding work for $15,060.80 to an employee of Company A. Company A paid **PAUL** monthly on the basis of these invoices, which totaled $298,851 between 2017 and 2019. **PAUL**, in turn, returned at least half the funds to **Peebles** in cash, but retained the remainder. Under IRS rules, all $298,851 was **Peebles'** income and any funds she allowed **PAUL** to retain constituted gifts.

The total loss to federal health care benefit programs was more than $1,000,000 but less than $7,000,000.

SO STIPULATED:

_____
Adam K. Ake
Assistant United States Attorney

_____
Rhonda Paul
Defendant

_____
Nicholas Madiou, Esq.
Counsel for Defendant

Rev. August 2018

10