**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE
SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

PATRICIA L. RICHMAN
ASSISTANT FEDERAL PUBLIC DEFENDER

March 19, 2024

The Honorable Paula Xinis
United States District Judge for
    the District of Maryland
6500 Cherrywood Ln.
Greenbelt, Maryland 20770

    Re:    <u>United States v. Judith Russ</u>
             Case No. 22-cr-91

Dear Judge Xinis:

    I write to request a status conference to set a motions and trial schedule in connection with Count 12. A status conference with all parties is approaching on April 1st, but because Ms. Russ is the sole person charged in Count 12, which has been severed from Count 1, she would like a separate status call in advance of that date.[1]

    Respectfully,

    /s/
    Patricia Richman
    Assistant Federal Public Defender

cc:    Adam Ake, AUSA (via ECF; email)

---

[1] Ms. Russ is currently charged in Count 1 (health care fraud conspiracy) and Count 12 (conflict of interest) of the indictment. On December 11, 2023, this Court granted Ms. Russ's request to sever Count 1 and Count 12. The government has advised undersigned counsel that it will not pursue Count 1 against Ms. Russ. *See* ECF No. 134 at 2.