## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.

MASOOD, et al.,

Defendants.

Criminal Action No. PX-22-0091

### AMENDED PRETRIAL SCHEDULING ORDER

For the reasons stated during the today's status conference, and with agreement of the parties, the Court issues the following amended pretrial deadlines:

| | |
|---|---|
| May 1, 2024 at 4:30 p.m. | Recorded call.  Parties should dial in using the following information:<br>Dial-In Number: (877) 402-9753<br>Access Code: 6366523<br>Participant Password: 0501430 |
| June 10, 2024 | Motions *in Limine* due |
| July 1, 2024 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| July 8, 2024 at 1:00 p.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| July 15, 2024 | Trial begins.  Expected length: 1 week |

Dated: April 1, 2024

_____/S/_____
Paula Xinis
United States District Judge