___ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

11:29 am, Apr 18 2024

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

KOH
AKA: USAO 2021R00335

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-22-091 |
| | * | |
| HARRIET JACKSON, | * | (False Statement Relating to Health |
| | * | Care Matter, 18 U.S.C. § 1035; |
| Defendant | * | Forfeiture, 18 U.S.C. § 982(a)(7), 21 |
| | * | U.S.C. § 853(p)) |
| | * | |

******

## SUPERSEDING INFORMATION
(as to HARRIET JACKSON only)

### COUNT ONE
(False Statement Relating to a Health Care Matter)

The United States Attorney for the District of Maryland charges that:

On or about December 3, 2018, in the District of Maryland, the defendant,

**HARRIET JACKSON,**

in a matter involving a health care benefit program, knowingly and willfully (a) falsified, concealed and covered up by any trick, scheme and device a material fact; (b) made any materially false, fictitious and fraudulent statement and representation; and (c) made any materially false writing and document knowing the same to contain any materially false, fictitious and fraudulent statement and entry, in connection with the delivery of and payment for health care benefits, items, and services, to wit, the defendant submitted and caused to be submitted an invoice for medical coding services to Company A, a contractor to the Department of Defense's Walter Reed National Military Medical Center, knowing that the application contained a materially false, fictitious and fraudulent statement, in that defendant falsely

represented that another person had performed the services she requested and accepted payment for.

18 U.S.C. § 1035(a)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further alleges that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 982(a)(7) and 21 U.S.C. § 853(p) in the event of the defendant's conviction on the offense charged in Count One of this Superseding Information.

2. Upon conviction of the offense set forth in Count One of this Superseding Information, the defendant,

**HARRIET JACKSON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense, including but not limited to a money judgment in the amount of proceeds the defendant obtained as a result of the offense.

### Substitute Assets

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

3

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b).

18 U.S.C. § 982
21 U.S.C. § 853(p)

                                                                                    Erek L. Barron /ALA
                                                                                    Erek L. Barron
                                                                                    United States Attorney

Date APRIL 17, 2024