## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Between January 2017 and continuing at least until November 2019, **HARRIET JACKSON ("JACKSON")** was both the owner and president of CASE Healthcare Solutions ("CASE"). **Akbar Masood ("Masood")** was the Chief Financial Officer ("CFO") of CASE and co-owner of Victim Company A ("Company A"). **Masood** was also an officer of a third company, HMA Solutions ("HMA"), which he and **Michelle Peebles ("Peebles")** established in December 2016 for the purpose of creating a successor Small Business Administration ("SBA") disadvantaged business.

During this period, Company A had a contract, Contract W91YTZ-14-DM111, with the Walter Reed National Military Medical Center ("WRNMMC") for various services. Company A, through **Masood**, subcontracted part of the work to **Wesley Williams ("Williams")** as an independent contractor, knowing that **JACKSON** would actually perform the work since **Williams** lacked the requisite training and access. **JACKSON** used an email account registered to **Williams** and, posing as him, submitted invoices to Company A on a monthly basis for work she actually performed. For instance, on December 3, 2018, **JACKSON** sent an invoice to Company A claiming that **Williams** had coded 9,834 outpatient encounters, 230 ambulatory patient visits, and 110 inpatient encounters, and billed Company A a total of $21,102.20 for work performed the preceding month by **JACKSON**.

The payments from Company A putatively invoiced by **Williams** under Contract W91YTZ-14-DM111 were deposited into a joint bank account **JACKSON** established with him. Neither **JACKSON** nor **Williams** paid taxes on the $312,071 in payment made by Company A for this work, nor were taxes withheld by Company A as **Williams** was engaged as a contract employee. The parties agree that the resulting unpaid tax amount over the three tax years involved was at least $46,810.

During this time, **Masood** was aware of **JACKSON's** invoicing in **WILLIAMS'** name. Additionally, between December 2017 and November 2019 and with his access to CASE's financials in his role as CFO, **Masood** diverted income earned by CASE on other government contracts to HMA. HMA had few 1099 employees and no significant business expenses during this time. Masood also further diminished CASE's (and therefore **JACKSON's**) income—without her knowledge at the time--by paying himself approximately $400,000 through contracts he set up between CASE and Salient Strategic Solutions, a company putatively owned by his wife, without **JACKSON's** consent.

SO STIPULATED:

_____
Adam K. Ake
Assistant United States Attorney

_____
Harriet Jackson
Defendant

_____
Ty Kelly, Esq.
Counsel for Defendant