IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. PX-22-091 |
| | * | |
| AKBAR MASOOD, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ******* | |

## CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through undersigned counsel, hereby moves this Court for an Order excluding the period from May 28, 2024 through and including September 3, 2024 for purposes of computing the time within which trial must commence, in accordance with 18 U.S.C. § 3161(c).  For good cause, the Government states as follows:

On March 17, 2022, a Grand Jury sitting in this District returned a twelve count Indictment charging each of the Defendants in Count One with Conspiracy to Commit Health Care and Wire Fraud in violation of 18 U.S.C. § 1349, all defendants but Defendant Judith Russ with substantive allegations of Wire Fraud in violation of 18 U.S.C. § 1343 in Counts Two through Nine, Defendants Masood, Peebles and Jackson with allegations of Aggravated Identity Theft in Counts Ten and Eleven, and Defendant Russ with Conflict of Interest by a Government Official in violation of 18 U.S.C.§ 208 in Count Twelve.  The Indictment was unsealed on April 5, 2022, and, on the same date Defendants Masood, Peebles, Jackson and Russ were brought before this Court for their initial appearances.  On April 7, 2022, the remaining defendants were brought before this Court for their initial appearances.  All defendants but Masood were arraigned during their initial appearances.  Defendant Masood retained counsel and had an arraignment on April 27, 2022.  No Defendants were detained.

All defendants except Masood have since reached plea agreements in this case. On a scheduling call with the Court on May 24, 2024, Masood, through his counsel, indicated that he intended to proceed to trial. The trial was set for September 3, 2024 with various pre-trial dates also set in a scheduling order published by the Court.

Based on Masood's assent to the trial schedule in this matter, and to allow sufficient time to prepare pretrial motions and make additional discovery requests, and conduct negotiations with the prosecution team, the Government requests this Court enter an order excluding the intervening period up through the trial date to be excluded from Speedy Trial Act calculations.

The undersigned counsel for the Government has consulted with counsel for the Defendant, who consents to the relief sought in this Motion.

**WHEREFORE**, the parties request that the Court enter an order excluding the period from and including May 28, 2024 through and including September 3, 2024 in computing the time within which trial must commence, in accordance with 18 U.S.C. § 3161(c). A proposed order is attached.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/ Darren S. Gardner
Darren S. Gardner
Assistant United States Attorney
United States Attorney's Office
6500 Cherrywood Lane, Suite 200
Greenbelt, MD 20770

## **CERTIFICATE OF SERVICE**

I, Darren S. Gardner, certify that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record, on June 13, 2024.

                                                            /s/ *Darren S. Gardner*
                                                            Darren S. Gardner
                                                            Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. PX-22-091** |
| | * | |
| **AKBAR MASOOD,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

## ORDER

Having reviewed the Motion to Exclude Time Under the Speedy Trial Act and noting the Defendant's Consent thereto, the Court makes the following findings:

For the reasons set forth in the Motion, including the agreement of all parties to the pre-trial schedule and the need to afford both parties adequate time to draft any pre-trial motions and otherwise prepare for trial, the ends of justice will be served by excluding the time period between and including April 28, 2024 through and including September 3, 2024 in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(7), and those ends outweigh the interests of the public and the Defendant in a speedy trial.

It is accordingly hereby **ORDERED** that this period is excluded from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(c).

Dated:

_____
Honorable Paula Xinis
United States District Court Judge