IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. PX-22-091 |
| | * | |
| **AKBAR MASOOD,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

## ORDER

Having reviewed the Motion to Exclude Time Under the Speedy Trial Act and noting the Defendant's Consent thereto, the Court makes the following findings:

For the reasons set forth in the Motion, including the agreement of all parties to the pre-trial schedule and the need to afford both parties adequate time to draft any pre-trial motions and otherwise prepare for trial, the ends of justice will be served by excluding the time period between and including April 28, 2024 through and including September 3, 2024 in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(7), and those ends outweigh the interests of the public and the Defendant in a speedy trial.

It is accordingly hereby **ORDERED** that this period is excluded from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(c).

Dated: June 17, 2024

/S/
_____
Honorable Paula Xinis
United States District Court Judge