IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 8:22-CR-00091-PX-1 |
| | ) | |
| AKBAR MASOOD | ) | |

## MOTION TO WITHDRAW

Mr. JOSHUA SABERT LOWTHER, Esq. (lead counsel), and Ms. CAROLYN ELEFANT, Esq. (local counsel), pursuant to D. Md. L.R. 201.3 and 101.2(a)(1), and Md. Att'y. R. Prof'l Cond. 19–301.16, respectfully move this Court to allow them to withdraw as attorneys of record for Mr. AKBAR MASOOD.

### I.   Relevant Procedural History

On April 21, 2022, Mr. Masood retained Mr. Lowther, who, on that day, filed a Motion for Admission *Pro Hac* Vice (ECF No. 83) through local counsel, Ms. Carolyn Elefant. On April 26, 2022, this Court granted that motion (Order, ECF No. 75), and on May 3, 2024, Mr. Lowther filed Notice of Appearance (ECF No. 87).

On August 15, 2024, Mr. Eugene Gorokhov, Esq., and Mr. Daniel Hutcheson Goldman, Esq., filed appearances and the attorneys of record for Mr. Masood. (ECF Nos. 229, 230.)

## II. Factual Assertions

On August 15, 2024, Mr. Masood notified Mr. Lowther via electronic mail that he had retained Mr. Gorokhov and Mr. Goldman, and terminated Mr. Lowther's representation of him.

## III. Memorandum of Law

"Counsel for a defendant may withdraw their appearance only with leave of court." D. Md. L. R. 201.3. Furthermore, "[I]n the case of an individual, appearance of counsel may be withdrawn only with leave of court and if . . . appearance of other counsel has been entered. . . ." D. Md. L.R. 101.2(a)(1). Moreover, "where representation has commenced, [an attorney] shall withdraw from the representation of a client if . . . the attorney is discharged." Md. Att'y R. Prof'l Cond. 19–301.16(a)(3).

Mr. Lowther and Ms. Elefant submit that Mr. Masood has retained substitute counsel, who have entered their appearances in this case, and terminated Mr. Lowther and Ms. Elefant's representation; therefore, this Court's permitting their withdrawal is warranted.

## IV. Conclusion

Mr. Lowther and Ms. Elefant, based on the foregoing assertions and argument, pray that this Court allow them to withdraw as attorneys of record for Mr. Masood.

Mr. Lowther respectfully notifies this Court, in the event that a hearing on this motion is necessary, that he will have a scheduling conflict from

August 19, 2024, through August 21, 2024, during which time he will travel between Atlanta, Georgia and Phoenix, Arizona, for a hearing in *United States of America v. Alexandra Gehrke, et al.*, No. 2:24-CR-01040-ROS-1 (D. Ariz. June 6, 2024).

Date: August 15, 2024

Respectfully Submitted,

*s/ Joshua Sabert Lowther*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for Defendant
Akbar Masood