IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 8:22cr91-PX |
| | ) | |
| AKBAR MASOOD | ) | |

## MOTION FOR LEAVE TO FILE MOTION TO EXCLUDE GOVERNMENT'S EXPERT OUT OF TIME

Akbar Masood, through undersigned counsel, respectfully asks this Court for leave to file his motion to exclude the testimony of the government's proffered expert out of time. As set forth in the motion itself, filed as exhibit 1 hereto, Mr. Masood has a Constitutional right under the Fifth and Eighth Amendment to effective representation and a fair trial.

While a motion to exclude was not previously filed, undersigned counsel have entered their appearance August 15, 2024, received the defective and deficient notice the very same day from predecessor counsel, and have moved expeditiously to vindicate Mr. Masood's right to a fair trial and to effective representation. At this stage, the interests of justice strongly weigh in favor of the exclusion of unreliable, misleading, and inadmissible testimony that has tremendous potential to result in an unfair verdict.

WHEREFORE, Mr. Masood respectfully asks this Court to allow him to file the motion to exclude the government's expert out of time.

Respectfully Submitted,

By:/s/ Eugene Gorokhov
Eugene Gorokhov VSB # 73582
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

By: /s/ Daniel H. Goldman
Daniel Goldman, Md. Bar. 2202010033
LAW OFFICE OF DANIEL GOLDMAN, PLLC
421 King Street, Suite 505
Alexandria, Virginia 22314
(202) 677-5709 (phone)
(833) 523-2310 (fax)
dan@dangoldmanlaw.com

*Attorneys for Defendant*