UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AKBAR MASOOD<br><br>Defendants. | Criminal Action No. PX-22-0091 |

**ORDER**

For the reasons discussed during today's telephone conference and with the parties' agreement, the Court hereby suspends the commencement of trial set to begin on September 3, 2024, so that it may properly resolve the issues raised at ECF No. 241. Also by agreement, the Court will conduct an evidentiary hearing on Thursday, August 29, 2024 on the same motion. In preparation for that hearing, the Court hereby ORDERS that by **5:00 p.m. today** (with the Government's agreement that it can and will comply with this deadline), the Government produce to counsel for Mr. Masood and this Court the following:

1. All documents relevant to the chain of custody for the devices which the Defense asserts at ECF No. 261 have been neither imaged nor retained by the Government;

2. All documents relevant to the chain of custody for all 30 devices which the Government asserts have been imaged and returned, including any evidence reflecting that the data stored on the devices was produced to defense counsel since the August 23, 2024 hearing;

3. All correspondence from the Government to former and current defense counsel (including emails) memorializing any Government's productions to defense pursuant to under Federal Rule of Criminal Procedure 16, *Brady v. Maryland*, *Jencks* and *Giglio*;

4. All evidence concerning the Government's efforts to comply with *Brady v. Maryland,* the Due Process Protection Act and Federal Rule of Criminal Procedure 5(f). *See* ECF No. 23.

The Government shall also provide to the Court for *in camera* inspection and review all communications, documents and memoranda concerning the taint team review process of the

thirty seized devices.  As to this category, the Court expects the Government to produce by 5:00 p.m. today what is in his current possession, custody, or control.  The Government acknowledges its ongoing obligation to *expeditiously* perform its due diligence to produce any remaining taint team evidence not reasonably available by 5:00 p.m. **today by close of business on Tuesday, September 3, 3024.**

**For all ordered productions, the documents shall be bate stamped.  They should also be organized by subject, author and chronology, where feasible.**

To facilitate the production to the Court, an Egnyte link shall be provided.

Dated: August 28, 2024                             /S/
                                                             Paula Xinis
                                                             United States District Judge