**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**
Southern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 8:22cr91-PX |
| | ) | |
| AKBAR MASOOD | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

Having met and conferred on September 20, 2024, Akbar Masood, by counsel, and the

Government, by counsel, pursuant to the Court's September 19th Paperless Order (ECF No. 288),

hereby propose the following pre-trial and trial schedule for this matter:

- **September 30, 2024, (Defense request, mirroring the date the Court indicated it would impose during the September 19, 2024 recorded call), or October 4, 2024, (Government request):** Government's affirmative representation that it has provided all Rule 16, Jencks, and *Brady/Giglio* material to the defense.

- **October 11, 2024:** Defense motions to compel related to outstanding discovery disputes.

- **October 18, 2024:** Government responses to defense motions to compel.

- **October 25, 2024:** Defense replies regarding motions to compel.

- **November 4, 6, or 7:** Hearing on motions to compel, if necessary.

- **November 25, 2024:** Defense motions to dismiss the indictments.

- **December 16, 2024:** Government responses to motions to dismiss.

- **January 6, 2025:** Defense replies regarding motions to dismiss.

- **January 21, 2025:** Hearing on motions to dismiss.

- **February 18, 2025:** Motions in limine.

- **March 3, 2025:** Responses to motions in limine.

- **March 10, 2025:** Replies regarding motions in limine.

- **March 13, 2025:** Pre-trial conference and hearing on motions in limine.

- **March 17, 2025:** Jury selection and trial begins (total of seven days).

Date: September 24, 2024                    Respectfully Submitted,


/s/ Darren S. Gardner                       /s/ Daniel H. Goldman
Darren S. Gardner                           Daniel H. Goldman
Assistant United States Attorney            Law Office of Daniel Goldman, PLLC
United States Attorney's Office             421 King Street, Suite 505
6500 Cherrywood Lane, Suite 200             Alexandria, Virginia 22314
Greenbelt, MD 20770                         (202) 677-5709
(301) 344-4029                              dan@dangoldmanlaw.com
darren.gardner@usdoj.gov

                                            Eugene Gorokhov (VSB # 73582)
Ranganath Manthripragada                    Burnham & Gorokhov, PLLC
Assistant United States Attorney            1634 I Street NW, Suite 575
United States Attorney's Office             Washington, DC 20006
6500 Cherrywood Lane, Suite 200             (202) 386-6920
Greenbelt, MD 20770                         eugene@burnhamgorokhov.com
(301) 344-0870
ranganath.mathripragada@usdoj.gov           Joshua D. Greenberg (Bar No. 18168)
                                            The Josh Greenberg Law Firm PLLC
*Counsel for the United States*             1717 K Street, NW, Suite 900
                                            Washington, DC  20006
                                            (202) 422-0809
                                            josh@joshgreenberglawfirm.com

                                            *Counsel for Akbar Masood*