# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 8:22-cr-91-PX |
| | ) | |
| AKBAR MASOOD | ) | |
| | ) | |

## SUPPLEMENT TO MR. MASOOD'S MOTION TO COMPEL GOVERNMENT TO COMPLY WITH THE COURT'S ORDER OF AUGUST 28, 2024, AND FOR LEAVE TO FILE ADDITIONAL MOTIONS TO COMPEL (ECF 309)

Mr. Masood writes to advise the Court before the November 1st hearing that it appears, based on developments this week, that two issues the present motion raises have been resolved in whole or in part. After further consultation between the parties, Mr. Masood has gained access to the Google Search Warrant Returns and a portion of the several terabytes of data the government obtained from the seized devices it chose to image (and uploaded to a Relativity database) before returning them to the alleged coconspirators. As such, Section C of his reply (ECF 316 at 3) is no longer at issue, and Section B (*id.* at 2-3) has been partially resolved. Mr. Masood can now access a folder containing what is currently understood to be roughly 34,000 files imaged from those devices. Mr. Masood still cannot access most of the several terabytes of data and will not be able to do so without the expert forensic assistance discussed in the reply (*id.*), access to the Relativity database housing those data, or a new production of the data in a form that allows Mr. Masood to access them without an expert's assistance.

1

October 29, 2024                    Respectfully Submitted,


                                    /s/ *Daniel H. Goldman*
                                    Daniel Goldman
                                    LAW OFFICE OF DANIEL GOLDMAN, PLLC
                                    421 King Street, Suite 505
                                    Alexandria, Virginia 22314
                                    (202) 677-5709 (phone)
                                    (833) 523-2310 (fax)
                                    dan@dangoldmanlaw.com

                                    Eugene Gorokhov
                                    BURNHAM & GOROKHOV, PLLC
                                    1634 I Street NW, Suite 575
                                    Washington, DC 20006
                                    (202) 386-6920 (phone)
                                    (202) 765-2173 (fax)
                                    eugene@burnhamgorokhov.com

                                    Joshua Greenberg
                                    The Josh Greenberg Law Firm
                                    1717 K Street, NW, Suite 900
                                    Washington, D.C. 20006
                                    (202) 422-0809 (phone)
                                    josh@joshgreenberglawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and any exhibits thereto were filed via CM/ECF, which will cause a copy to be served on all parties.


                                    /s/ *Daniel H. Goldman*
                                    Daniel Goldman