

# LOUDOUN COUNTY SHERIFF'S OFFICE
### OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



## Administrative

| | | | | |
|---|---|---|---|---|
| Case Report Number | SO180014033-001 | | Related Cases | |
| Nature | EMBEZZLEMENT | | Means | |
| Disposition | TOT CID | | Motives | |
| Entered On | 7/31/2018 2:18:47 PM | | Weather | |
| Entered By | VARGAS, JUAN | | Temperature | |
| Received | 7/31/2018 | | Captured on Agency Video System | Y - Yes |
| Reporting Officer | VARGAS, JUAN | | Captured Video Type | Body - Taser Axon BWC |
| Reporting Agency | SO - LOUDOUN COUNTY SHERIFF'S OFFICE | | CIT Related | N - No |
| Assisted By | | | CITAC Custody | N - No |
| Occurred On (Date and Time) | Sunday 1/1/2017 12:00:00 AM | | Exchange Location | |
| Or Between (Date and Time) | Tuesday 7/31/2018 1:09:00 PM | | Exchange Date\Time | |
| | | | Voluntary Committal | |
| Location | 22636 DAVIS DR Apt 100 | | CIT Wellness Check | |
| CSZ | STERLING, VA  20164 | | CIT Served EPO | |
| Location Name | | | CIT Response Type | |
| Verification | Verified | | Time on Incident | |
| Verification Level | ADDRESSPOINT | | CIT Use of Force | |
| Beat | | | Type of Force Used | |
| Coordinate X | -77.415083347 | | Injury Type | |
| Coordinate Y | 38.9916402870001 | | CIT Disposition | |
| Call Source | | | Armed Services Veteran | |

## Exceptional Clearances

| | |
|---|---|
| Clearance Basis | |
| Exceptional Clearance Date | |

## Offense

| | | | | |
|---|---|---|---|---|
| Offense | 18.2-111 - Embezzlement deemed larceny indictment | | Location Type | Commercial/Office Building |
| | | | Completed | Yes |
| Cargo Theft | No | | | |

USA_076304



**LOUDOUN COUNTY SHERIFF'S OFFICE**
OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



Not Official Document without Seal

| Hate/Bias | Unknown (Offenders Motivation Not Known) |
|---|---|
| Tools | |
| Premises Entered | |
| Entry | |
| Using | Computer Equipment |

| Weapons | |
|---|---|
| Criminal Activity | |
| Type Security | |
| Entry Type | |
| Exit | |
| How Left Scene | |

### Domestic Violence

| Domestic Violence | No |
|---|---|
| Victim Interviewed | |
| Victim Injured | |
| Visible Injuries to Victim | |
| Location of Injuries | |
| Alcohol Used | |
| Victim Transported to Hospital | |
| Victim Relocation | |
| # of Children in Household | |
| Children Present During Incident | |
| Victim Strangled | |
| Breathing Changes | |
| Voice Changes | |
| Swallowing Changes | |
| Behavior Changes | |
| Other Changes | |
| Facial Changes | |
| Eye/Eyelid Changes | |
| Mouth Injury | |
| Neck Injury | |
| Under Chin / Behind Ear Injury | |
| Method of Strangulation | |
| Ligature Used | |

| Suspects Grip (Lowest 1, Highest 10) | |
|---|---|
| Suspect Right or Left Handed | |
| Times Strangled | |
| Photographs Taken of Victim | |
| Photographs Taken of Suspect | |
| Photos Taken By | |
| Victim Clothing Taken | |
| Recording of Victim's Voice | |
| Victim Statement | |
| Suspect Statement | |
| Forensic Nurse Exam Conducted | |
| Exam Conducted By | |
| Lethality Assessment Screening Form Completed | |
| Lethality Form Completed By | |
| CPS Contacted | |
| Method of Contact / CPS Work Name | |
| Animal Control Contacted | |
| DV Brochures Provided | |

### Offenders

USA_076305



# LOUDOUN COUNTY SHERIFF'S OFFICE
## OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



Not Official Document without Seal

| Suspect Name: | PEEBLES, MICHELLE |
|---|---|

| Alias |
|---|
| |

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | ▓▓▓▓▓▓▓▓ | RIVERDALE, MD 20737 | PRINCE GEORGE's | USA - United States of America |

| Phone Type | Phone Number |
|---|---|
| M - Mobile | ▓▓▓▓-7546 |

| Email Address |
|---|
| |

| | | | | |
|---|---|---|---|---|
| **Sex** | Female | **Teeth** | |
| **Race** | Unknown | **Speech** | |
| **Ethnicity** | Unknown | **Build** | |
| **DOB** | | **Height** | |
| **Age** | 99 | **Weight** | |
| **Juvenile** | N - No | **Resident** | Resident |
| **Eye Color** | | **POB** | |
| **Hair Color** | | **DLN** | |
| **Hair Style** | | **DL State** | |
| **Hair Length** | | **DL Country** | |
| **Facial Hair** | | **DL Expiration** | |
| **Complexion** | | **SSN** | |

### Scars, Marks and Tattoos

| SMT | Location | Description |
|---|---|---|

| | | | |
|---|---|---|---|
| **Attire** | | **Occupation/Grade** | |
| **Employer/School** | | **MO** | |
| **Employer Address** | | **Gang** | |
| **Employer CSZ** | | | |




# LOUDOUN COUNTY SHERIFF'S OFFICE
## OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001

Not Official Document without Seal

**Suspect Name:** MASOOD, AKBAR

| Alias |
|---|
| |

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | ███████████ | GREAT FALLS, VA 22066 | FAIRFAX | USA - United States of America |

| Phone Type | Phone Number |
|---|---|
| M - Mobile | ███████-1009 |

| Email Address |
|---|
| |

| | | | | |
|---|---|---|---|---|
| **Sex** | Male | **Teeth** | |
| **Race** | Unknown | **Speech** | |
| **Ethnicity** | Unknown | **Build** | |
| **DOB** | ██/1963 | **Height** | 6' 0" |
| **Age** | 53 | **Weight** | 180 |
| **Juvenile** | N - No | **Resident** | Resident |
| **Eye Color** | Black | **POB** | |
| **Hair Color** | Black | **DLN** | T62415415 |
| **Hair Style** | | **DL State** | Virginia |
| **Hair Length** | | **DL Country** | |
| **Facial Hair** | | **DL Expiration** | |
| **Complexion** | | **SSN** | ███-██-7639 |

### Scars, Marks and Tattoos

| SMT | Location | Description |
|---|---|---|
| | | |

| | | | | |
|---|---|---|---|---|
| **Attire** | | **Occupation/Grade** | |
| **Employer/School** | | **MO** | |
| **Employer Address** | | **Gang** | |
| **Employer CSZ** | | | |

USA_076307



# LOUDOUN COUNTY SHERIFF'S OFFICE
### OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



**Suspect Name:** JACKSON-MATHEWS, TIFFANY

| Alias |
|---|
| |

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | ███████████████ | BELTSVILLE, MD  20705 | PRINCE GEORGE's | USA - United States of America |

| Phone Type | Phone Number |
|---|---|
| M - Mobile | ███-4783 |

| Email Address |
|---|
| |

| | | | | |
|---|---|---|---|---|
| **Sex** | Female | **Teeth** | |
| **Race** | Unknown | **Speech** | |
| **Ethnicity** | Unknown | **Build** | |
| **DOB** | | **Height** | |
| **Age** | 99 | **Weight** | |
| **Juvenile** | N - No | **Resident** | Resident |
| **Eye Color** | | **POB** | |
| **Hair Color** | | **DLN** | |
| **Hair Style** | | **DL State** | |
| **Hair Length** | | **DL Country** | |
| **Facial Hair** | | **DL Expiration** | |
| **Complexion** | | **SSN** | |

### Scars, Marks and Tattoos

| SMT | Location | Description |
|---|---|---|
| | | |

| | | | | |
|---|---|---|---|---|
| **Attire** | | **Occupation/Grade** | |
| **Employer/School** | | **MO** | |
| **Employer Address** | | **Gang** | |
| **Employer CSZ** | | | |

USA_076308




# LOUDOUN COUNTY SHERIFF'S OFFICE
### OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001

*Not Official Document without Seal*

---

**Suspect Name:** CONNOR, RENEE

| Alias |
|---|
| |

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| | | | | |

| Phone Type | Phone Number |
|---|---|
| M - Mobile | ███████-2229 |

| Email Address |
|---|
| |

| | | | | |
|---|---|---|---|---|
| **Sex** | Female | **Teeth** | |
| **Race** | Unknown | **Speech** | |
| **Ethnicity** | Unknown | **Build** | |
| **DOB** | | **Height** | |
| **Age** | 99 | **Weight** | |
| **Juvenile** | N - No | **Resident** | Unknown |
| **Eye Color** | | **POB** | |
| **Hair Color** | | **DLN** | |
| **Hair Style** | | **DL State** | |
| **Hair Length** | | **DL Country** | |
| **Facial Hair** | | **DL Expiration** | |
| **Complexion** | | **SSN** | |

### Scars, Marks and Tattoos

| SMT | Location | Description |
|---|---|---|
| | | |

| | | | | |
|---|---|---|---|---|
| **Attire** | | **Occupation/Grade** | |
| **Employer/School** | | **MO** | |
| **Employer Address** | | **Gang** | |
| **Employer CSZ** | | | |

### Arrestees

### Victims

USA_076309



# LOUDOUN COUNTY SHERIFF'S OFFICE
### OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



Not Official Document without Seal

**Victim Name:** INFUSED SOLUTIONS

| Victim Type | Business |
|---|---|
| Victim of | 18.2-111 - Embezzlement deemed larceny indictment |

| Alias |
|---|

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| O - Other | ██████████ | STERLING, VA  20164 | LOUDOUN | USA - United States of America |

| Phone Type | Phone Number |
|---|---|
| W - Work | ██████0628 |

| Email Address |
|---|

| | | | | |
|---|---|---|---|---|
| **Sex** | | **DL State** | |
| **Race** | | **DL Country** | |
| **Ethnicity** | | **DL Expiration** | |
| **DOB** | | **SSN** | |
| **Age** | | **Attire** | |
| **Juvenile** | | **Employer/School** | |
| **Glasses** | | **Employer Address** | |
| **Eye Color** | | **Employer CSZ** | |
| **Hair Color** | | **Occupation/Grade** | |
| **Hair Style** | | **Gang** | |
| **Facial Hair** | | **Testify** | |
| **Complexion** | | **Injury** | |
| **Teeth** | | **Medical Treatment** | |
| **Speech** | | **Hospital** | |
| **Build** | | **Physician Name** | |
| **Height** | | **Can Victim ID** | |
| **Weight** | | **Victim Assistance Literature Provided** | |
| **Resident** | | | |
| **POB** | | | |
| **DLN** | | | |

USA_076310



# LOUDOUN COUNTY SHERIFF'S OFFICE
## OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



Not Official Document without Seal

### Scars, Marks and Tattoos

| SMT | Location | Description |
|---|---|---|

### Offender Relationships

| Offender | Relationship |
|---|---|

| Circumstances | |
|---|---|
| Just. Hom. Circ. | |

### LEOKA Info

| Type | | Activity | |
|---|---|---|---|
| Assignment | | ORI-Other Jurisdiction | |
| Assault Status | | | |

### LEOKA Related Offenders

| Offender |
|---|

### Witnesses

### Other Entities

**Entity Name:** SCHNEIDER, WILLIAM ERIC

| Entity Type | Other Person |
|---|---|

| Alias |
|---|

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | ███████████████ | HAYMARKET, VA  20169 | PRINCE WILLIAM | USA - United States of America |

| Phone Type | Phone Number |
|---|---|
| H - Home | ██████-5257 |

USA_076311



# LOUDOUN COUNTY SHERIFF'S OFFICE
## OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



Not Official Document without Seal

| Email Address | |
|---|---|

| | | | |
|---|---|---|---|
| **Sex** | Male | **Build** | |
| **Race** | White | **Height** | 5' 10" |
| **Ethnicity** | Not Hispanic or Latino | **Weight** | 212 |
| **DOB** | ■/1957 | **Resident** | Resident |
| **Age** | 59 | **POB** | |
| **Juvenile** | N - No | **DLN** | T24652038 |
| **Date of Emancipation** | | **DL State** | Virginia |
| **Glasses** | | **DL Country** | |
| **Eye Color** | Blue | **DL Expiration** | |
| **Hair Color** | Brown | **SSN** | ■3957 |
| **Hair Style** | | **Attire** | |
| **Hair Length** | | **Employer/School** | |
| **Facial Hair** | | **Employer Address** | |
| **Complexion** | | **Employer CSZ** | |
| **Teeth** | | **Occupation/Grade** | |
| **Speech** | | **Gang** | |

### Scars, Marks and Tattoos

| SMT | Location | Description |
|---|---|---|

| | | | |
|---|---|---|---|
| **Mother's Maiden Name** | | **DNA Location** | |
| **School Last Attended** | | **Circumcision** | |
| **School Last Attended Code** | | **Footprint Available** | |
| **Fingerprints Available** | | **Footprint Location** | |
| **Location of Fingerprints** | | **Body X-Rays Available** | |
| **Photo Available** | | **Type of X-Rays** | |
| **Photo Received** | | **X-Ray Location** | |
| **Dental Records** | | **Medication Required** | |
| **Dental Records Location** | | **Medication Type** | |
| **Blood Type** | | **Medical Condition** | |
| **DNA** | | **Medical Condition Type** | |
| | | **Corrective Vision Prescription** | |

USA_076312



**LOUDOUN COUNTY SHERIFF'S OFFICE**
OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



Not Official Document without Seal

| | |
|---|---|
| Corrective Vision | |
| Jewelry | |
| Jewelry Description | |
| Name of Child's Parents or Legal Guardian | |
| Date of Last Contact | |

| | |
|---|---|
| Authority of Release Signed | |
| Condition of Missing Person | |
| Miscellaneous Information | |

**Last Seen in Company Of**

| Name | Sex | Race |
|---|---|---|

**Entity Name:**   JOHNSON, MARLON BRENT

| Entity Type | Complainant |
|---|---|

| Alias |
|---|

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | ▇▇▇▇▇▇▇▇ | LEESBURG, VA  20175 | LOUDOUN | USA - United States of America |

| Phone Type | Phone Number |
|---|---|
| H - Home | ▇▇▇▇▇-8469 |

| Email Address |
|---|

| | | | | |
|---|---|---|---|---|
| Sex | Male | Eye Color | Brown |
| Race | Black or African American | Hair Color | Black |
| Ethnicity | Not Hispanic or Latino | Hair Style | |
| DOB | ▇▇/1959 | Hair Length | |
| Age | 57 | Facial Hair | |
| Juvenile | N - No | Complexion | |
| Date of Emancipation | | Teeth | |
| Glasses | | Speech | |
| | | Build | |

USA_076313



# LOUDOUN COUNTY SHERIFF'S OFFICE
### OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



| | |
|---|---|
| Height | 5' 9" |
| Weight | 180 |
| Resident | Resident |
| POB | |
| DLN | A65906255 |
| DL State | Virginia |
| DL Country | |
| DL Expiration | |

| | |
|---|---|
| SSN | ▇▇▇0446 |
| Attire | |
| Employer/School | |
| Employer Address | |
| Employer CSZ | |
| Occupation/Grade | |
| Gang | |

### Scars, Marks and Tattoos

| SMT | Location | Description |
|---|---|---|
| | | |

| | |
|---|---|
| Mother's Maiden Name | |
| School Last Attended | |
| School Last Attended Code | |
| Fingerprints Available | |
| Location of Fingerprints | |
| Photo Available | |
| Photo Received | |
| Dental Records | |
| Dental Records Location | |
| Blood Type | |
| DNA | |
| DNA Location | |
| Circumcision | |
| Footprint Available | |
| Footprint Location | |
| Body X-Rays Available | |
| Type of X-Rays | |

| | |
|---|---|
| X-Ray Location | |
| Medication Required | |
| Medication Type | |
| Medical Condition | |
| Medical Condition Type | |
| Corrective Vision Prescription | |
| Corrective Vision | |
| Jewelry | |
| Jewelry Description | |
| Name of Child's Parents or Legal Guardian | |
| Date of Last Contact | |
| Authority of Release Signed | |
| Condition of Missing Person | |
| Miscellaneous Information | |

### Last Seen in Company Of

| Name | Sex | Race |
|---|---|---|
| | | |

USA_076314



# LOUDOUN COUNTY SHERIFF'S OFFICE
## OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



## Property

**Property:** Currency

| | | | |
|---|---|---|---|
| IBR Type | 20 | Serial Number\VIN | |
| Offense | 18.2-111 - Embezzlement deemed larceny indictment | Owner Applied Number | |
| Description | ABOUT ONE QUARTER OF A MILLION DOLLARS | Finish | |
| Status | Stolen/Etc. (Bribed/Defrauded/Embezzled/Ransomed/Etc.) | Condition | |
| Owner | V - INFUSED SOLUTIONS | Identifying Marks | |
| Count | 1 | Bicycle Make | |
| Value | 250,000.00 | Bicycle Model | |
| Description | ABOUT ONE QUARTER OF A MILLION DOLLARS | Bicycle Speed | |
| Article Type | | Bicycle Wheel Size | |
| Brand Name | | Color | |
| License Plate Number | | Recovered Date | |
| License Place State | | Lot Number | |
| License Plate Expiration | | Partial Lot Indicator | |
| License Plate Type | | Hazardous Materials Container | |
| Number of Plates Stolen | | United Nations Number | |
| Body Style | | | |
| Manufacturer | | | |
| Model | | | |

## Vehicle Information

USA_076315



# LOUDOUN COUNTY SHERIFF'S OFFICE
## OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



| | | | |
|---|---|---|---|
| **Description** | | **Finish** | |
| **Vehicle Make** | | **Condition** | |
| **Vehicle Model** | | **Identifying Marks** | |
| **Vehicle Type** | | **Boat Name** | |
| **Vehicle Year** | | **Boat Type** | |
| **Odometer Reading** | | **HIN** | |
| **Body Style** | | **Hull Shape** | |
| **License Number** | | **Propulsion** | |
| **License State** | | **Boat Length** | |
| **License Exp. Date** | | **Boat Outer Hull Material** | |
| **License Type** | | **Coast Guard Document** | |
| **VIN** | | | |
| **OAN** | | | |

| Color Type | Color |
|---|---|

**Financial Information**

| | |
|---|---|
| **Item Detail** | |
| **Document Type** | |
| **Issuer** | |
| **Printed Name on Document** | |
| **Account Name** | |
| **Account Number** | |
| **Payable To** | |

**Drug Information**

| | |
|---|---|
| **Drug Type** | |
| **Drug Quantity** | |
| **Drug Measure** | |

**Property:**  Documents/Personal or Business

| | | | |
|---|---|---|---|
| **IBR Type** | 48 | **Description** | DOCUMENTS PROVIDED BY INFUSED SOLUTIONS AS EVIDENCE OF EMBEZZLEMENT |
| **Offense** | 18.2-111 - Embezzlement deemed larceny indictment | | |



**LOUDOUN COUNTY SHERIFF'S OFFICE**
OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



| | | | |
|---|---|---|---|
| Status | Information Only | Model | |
| Owner | V - INFUSED SOLUTIONS | Serial Number\VIN | |
| Count | 1 | Owner Applied Number | |
| Value | 00.00 | Finish | |
| Description | DOCUMENTS PROVIDED BY INFUSED SOLUTIONS AS EVIDENCE OF EMBEZZLEMENT | Condition | |
| | | Identifying Marks | |
| | | Bicycle Make | |
| Article Type | | Bicycle Model | |
| Brand Name | | Bicycle Speed | |
| License Plate Number | | Bicycle Wheel Size | |
| License Place State | | Color | |
| License Plate Expiration | | Recovered Date | |
| License Plate Type | | Lot Number | |
| Number of Plates Stolen | | Partial Lot Indicator | |
| Body Style | | Hazardous Materials Container | |
| Manufacturer | | United Nations Number | |

**Vehicle Information**

| | | | |
|---|---|---|---|
| Description | | Finish | |
| Vehicle Make | | Condition | |
| Vehicle Model | | Identifying Marks | |
| Vehicle Type | | Boat Name | |
| Vehicle Year | | Boat Type | |
| Odometer Reading | | HIN | |
| Body Style | | Hull Shape | |
| License Number | | Propulsion | |
| License State | | Boat Length | |
| License Exp. Date | | Boat Outer Hull Material | |
| License Type | | Coast Guard Document | |
| VIN | | | |
| OAN | | | |

| Color Type | Color |
|---|---|
| | |

**Financial Information**

| Item Detail | |
|---|---|

USA_076317



# LOUDOUN COUNTY SHERIFF'S OFFICE
## OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



Not Official Document without Seal

| | |
|---|---|
| **Document Type** | |
| **Issuer** | |
| **Printed Name on Document** | |
| **Account Name** | |
| **Account Number** | |
| **Payable To** | |

### Drug Information

| | |
|---|---|
| **Drug Type** | |
| **Drug Quantity** | |
| **Drug Measure** | |

USA_076318



**LOUDOUN COUNTY SHERIFF'S OFFICE**
OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



### Narrative

On Tuesday, July 31st, 2018, at 1309 hours, I was dispatched to Infused Solutions, a business located in Suite 100 of 22636 Davis Dr, Sterling, VA, in Loudoun County, for a report of embezzlement. I arrived on scene and met with the company's president, Mr. Marlon Johnson, and the company's main consultant, Mr. William Schneider. My Axon body camera was activated at this time. Mr. Johnson advised that while working together with Mr. Schneider, they had uncovered some activity within the Infused Solution's finances that they deemed suspicious. Infused Solutions is a business consulting company.

According to Mr. Johnson, Infused Solutions has a contract with Walter Reed Hospital in Bethesda, MD. Mr. Johnson conveyed that a partner for his company, along two or three employees, gathered together and formed a separate company that "is stealing money from a contract." Mr. Johnson added that he estimates the amount of money allegedly stolen to be "somewhere between two hundred thousand and three hundred thousand dollars." Mr. Johnson explained that what led him and Mr. Schneider to make such conclusion was a series of actions and the general behavior of these employees. "This guy (Mr. Akbar Masood)," Mr. Johnson continued, "traded an agreement without our knowledge, without my knowledge, without the other partner's knowledge, with a company called HMA Solutions."

Back in December of 2017, via a tax document, Mr. Johnson discovered a sub-contract with HMA Solutions. Mr. Johnson requested information about this new company to Mr. Masood, an employee with Infused Solutions, but none was provided. He noticed that the invoices for this company started at about $7000.00 per month in January of 2017 and that an invoice from HMA currently goes up to $80,000.00 per month. "When we tried to uncover who owns this company," continued Mr. Johnson, "we found out that they had gone through great lengths to try to hide the ownership of the company, but they couldn't. They had to have a phone number and one person's name. The phone number that they listed for the company, it's one of our employees who is managing the company." This employee was identified as Mrs. Michelle Peebles.

Mr. Johnson added that after trying to unveil who is behind HMA Solutions, evidence has led him to believe that the scheme is run by Mr. Akbar Masood, with help from another current Infuse Solutions employee, Mrs. Michelle Peebles, and two former Infuse employees, Mrs. Mrs. Tiffany Jackson and Mrs. Renee Connor. Mr. Masood was described as an equity owner of Infuse Solutions. Mrs. Peebles is Infused Solutions' site manager, and controls the contract with Walter Reed. Mrs. Jackson was described as a former employee of Infused Solutions, who left the company at the same time when HMA became part of the contract. Mrs. Connor did "coding training" for Infuse a few years back, and, according to Mr. Johnson, might not actually be involved in the HMA Solutions scheme as he believes the other three individuals are falsely using her name in HMA's identifying documents. Mr. Johnson advised that he had electronic files to show the aforementioned findings. He provided some hard copies which were submitted into evidence.



**LOUDOUN COUNTY SHERIFF'S OFFICE**
OFFICIAL LAW ENFORCEMENT DOCUMENT

CASE REPORT
SO180014033-001



Among such evidence was an e-mail from Mrs. Peebles using the e-mail address michelle@hmasolutions.  The e-mail was sent to Mr. Johnson's wife (who also works for Infuse) by mistake or carelessness.  The e-mail was answered by Mr. Johnson's wife, but Mrs. Peebles never replied.  Another such evidence was uncovered while investigating HMA Solutions.  Mrs. Jackson was listed as the Vice President of the company, with roots in Delaware, and with no physical address other than a P.O. Box.  Finally, Mr. Masood has been modifying invoice procedures so that HMA Solutions receives payment faster than the standard norm.  Sometimes, Mr. Masood picks up payment for HMA in person at Infused Solution's location.  Most importantly, Mr. Johnson stated that HMA Solution's sub-contract was done without his approval, which is not standard procedure for this company as all sub-contracts must go through him first.  If further investigation confirms that two of Infused Solution's current employees created HMA in order to embezzle funds, as evidence thus far suggests, Mr. Johnson wishes to pursue charges.


I notified my supervisor at the time, MD Willis, of my findings.   He advised that I turn this over to CID for review.  Mr. Johnson was provided my contact information and a case number.  Nothing further to report.


\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\TOT CID\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\