IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 8:22cr91-PX |
| | ) | |
| AKBAR MASOOD | ) | |

## AKBAR MASOOD'S MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF PAGE LIMITATIONS

Akbar Masood, through counsel, and in accordance with Local Rule 105, respectfully asks this Court for leave to file his contemporaneously-filed Reply in Support of His Motion to Dismiss with prejudice for Violation of Speedy Trial Rights. ECF 330.

Given that Mr. Masood set forth three separate violations of the Speedy Trial Act ("STA"), each of which required detailed analysis of the record, the Reply likewise required a detailed response to the arguments advanced in the government's Opposition. ECF 346. Mr. Masood respectfully submits that this detailed Reply will aid the Court in its decisional process, particularly given the multitude of factual and legal issues involved in the Speedy Trial motion.

For all of the foregoing reasons, Mr. Masood respectfully asks this Court for leave to file the foregoing motion in excess of the page limits established by the local rules.

January 14,, 2025

Eugene Gorokhov
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920
eugene@burnhamgorokhov.com

Daniel Goldman
LAW OFFICE OF
DANIEL GOLDMAN, PLLC
421 King Street, Suite 505
Alexandria, Virginia 22314

(202) 677-5709
dan@dangoldmanlaw.com

Joshua D. Greenberg
THE JOSH GREENBERG
LAW FIRM PLLC
1717 K Street, NW, Suite 900
Washington, DC 20006
(202) 422-0809
josh@joshgreenberglawfirm.com

*Counsel for Defendant Akbar Masood*