Exhibit 1

| Case Activity Summary | |
|---|---|
| Case Number: 00009-2019-CID192-003034 | |
| Date, Time, and Participant | Summary of Case Activity |
| | The investigative team discussed the investigation priorities. Based on the discussion, the following action items were identified:<br><br>- Need to find out the status of the civil investigation and who is represented. Coordinate with Mr. Johnson. (CID)<br><br>- Establish a plan/strategy for interviews. Discussed interviewing Ghost employees.<br><br>- Draft/Issue DODIG subpoenas. Records needed: Corporate Docs for HMA, Corporate Structure, additional contracts<br><br>- Draft GJ Subpoenas for corporate bank accounts and personal accounts for HMA, Masood, Peeble, and ghost employees; Tax Orders, Tax Returns<br><br>- Follow up with Monika to identify which system will be used for the record repository. Currently working on getting a paralegal assigned.<br><br>- Once paralegal is assigned, need to provide a copy of the investigative case file.<br><br>- Interview HCR (prior subcontracting company to Infused before HMA became subcontractor). Need to find out how they became a sub, why they were removed, who told them.<br><br>- Interview Rene Renee Connor. (Need to re-confirm intel)<br><br>**DELAYED ENTRY |
| 2019/08/29 1245<br>HARTSOE, TEENA MARIE<br>00:16 Investigative | On 29 Aug 19, SA Hartsoe contacted Mr. Marlon Johnson to inquire about the civil litigation between himself and Akbar Masood and Harriett Jackson. He advised his attorney, Mr. John Carter, had sent demand letters in February 2019 to Mr. Masood, Ms. H. Jackson, Mr. Alfred Duncan, Mr. Bagnon Titi, Ms. Rhonda Paul, and Mr. Wesley Williams. The only ones who responded to the demand letters were Mr. Masood and Ms. H. Jackson. They have a joint counsel. Mr. Johnson did not know of anyone else being represented. |

| Case Activity Summary | |
| --- | --- |
| Case Number: 00009-2019-CID192-003034 | |
| Date, Time, and Participant | Summary of Case Activity |
| | Mr. Johnson advised he was currently pursuing a separate matter against Mr. Masood and Ms. Jackson. He advised Infused was a subcontractor for Case Health Care Solutions supporting a contract at Brooke Army medical Hospital and Case has not paid approximately $800,000 worth of invoices they submitted in support of the contract.  Mr. Johnson stated this was his priority at the time. |
| 2019/08/31 1924 HARTSOE, TEENA MARIE 00:02 Investigative | WAY AHEAD: - Draft subpoenas - Draft Appendix A for IG Subpoenas. - Update intel on key personnel for interviews. - Coordinate with WRAMC leadership |
| **2019/08/31 1926 HARTSOE, TEENA MARIE 00:02 Quality Control** | **RAC REVIEW:  The CA is the acting RAC and will be conducting reviews of her own case until further notice.** **Continue with way ahead.** **Next review will be on/or about 20 Sep 19.** **CA Acknowledges.** |
| 2019/09/10 1712 HARTSOE, TEENA MARIE 00:02 Investigative | SA Hartsoe received a response from MAJ GIDWANI stating she did not have an update on the government computer equipment that remained in the possession of Ms. Peebles and Mr. Masood. She stated she would verify with the COR. |
| 2019/09/10 1715 HARTSOE, TEENA MARIE 00:35 Investigative | SA Hartsoe reviewed the subpoena. Sent an email to SA Goins asking for clarification. |