Exhibit 3

**From:** Accountant Accountant patrick@infusedsolutions.com
**Subject:** re: Walter Reed MTD summaries January to June 2017
**Date:** August 3, 2017 at 1:52 PM
**To:** Marlon Johnson mjohnson@infusedsolutions.com, Paul M. Faustin pfaustin@infusedsolutions.com, Akbar Masood amasood@infusedsolutions.com
**Cc:** Barbara Rosas brosas@infusedsolutions.com

Hi All,

Please see attached MTD summaries for Walter Reed for 2017.

Some observations:

1. We have had a net GP reduction from April to May and June (July is in process and will update when I have).

Regarding July, we will have one day holiday and given 7-4 was on a Tuesday, the PTO paid was not much, coming in at $2,106 and regular payroll did decrease when looking at July 1-15.
So expectation is that July will be a good month even with the holiday.

2. April revenue increased from January, February, & March.  April's amount stayed similar into May and June.

The regular payroll (K79) increased from April to May & June.

3. I have added how the regular payroll breaks down for regular, PTO, & holiday.
See the right side for those amounts.
Accounts for the negative GPM of January (holidays and PTO taken).
There is a small taxable car amount of $125 per payroll.
No overtime.

4. The encounters are paid via payroll K8U and now MTD on the second payroll (paid first week of month following).

Note the increase for vendor HMA, although that should be offset with the related encounter revenue invoice amounts each month.

Akbar adding that overall WR GPM priced around 4%.  Except for January, we are exceeding that amount.

March and April GPM at 15.5 and 15.8% may be the anomaly, but even with a GPM of +7%, that nets us +$30k for the month.  That 30k is needed for the G&A expenses and including the GP divvy.

Please look over and let me know if questions.

Thanks,
P



Infused – 2017 Walter…ry.xlsx
Downloading…