# Exhibit 4

## Document Information

| Contract Number Type | Contract Number | Delivery Order | Reference Procurement Identifier | Issue Date |
|---|---|---|---|---|
| DoD Contract (FAR) | W91YTZ14DM111 | HT001417F0146 | W91YTZ14DM111 | 2017/06/30 |

| Invoice Number | Invoice Date | Final Invoice? | Invoice Received Date |
|---|---|---|---|
| P5436EN | 2017/12/06 | N | 2017/12/06 |

| Summary of Detail Level Information | Total |
|---|---|
| 3  CLIN/SLIN(s) | $ 278,570.66 |
| 0  Miscellaneous Amount(s) | $ 0.00 |
| Document Total: | $ 278,570.66 |

| Shipment Number | Shipment Date | Final Shipment |
|---|---|---|
| P5436EN | 2017/11/30 | N |

| Billing/Account Number | Period of Performance From Date | Period of Performance To Date |
|---|---|---|

## Line Item Information

**Line Item Total:**   $ 278,570.66

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3001 | D303 | FT | 1,029 | Each | EA | 14.08 | 14,488.32 |
|  | **AAI** | **SDN** | **ACRN** | **PR Number** |  |  |  |
|  |  |  | AA | 0011027218 |  |  |  |

**Description**

Inpatient Encounters: Period: 11/01/2017 - 11/30/2017. 1,029 Encounters

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3002 | D303 | FT | 79,247 | Each | EA | 3.07 | 243,288.29 |
|  | **AAI** | **SDN** | **ACRN** | **PR Number** |  |  |  |
|  |  |  | AA | 0011027218 |  |  |  |

**Description**

Outpatient Clinic/ER Encounters. Period: 11/01/2017 - 11/30/2017. 79,247 Encounters

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3003 | D303 | FT | 1,971 | Each | EA | 10.55 | 20,794.05 |
|  | **AAI** | **SDN** | **ACRN** | **PR Number** |  |  |  |

| Description |
|---|
| Ambulatory Procedure Visit Encounters. Period: 11/01/2017 - 11/30/2017. 1,971 Encounters |

## Address Information

| Prime Contractor | | | |
|---|---|---|---|
| **CAGE Code** | **DUNS** | **DUNS + 4** | **Extension** |
| 3JDK3 | 136114316 | | |
| **Activity Name 1** | | | |
| INFUSED SOLUTIONS, LLC | | | |
| **Activity Name 2** | | | |
| **Activity Name 3** | | | |
| **Address 1** | | | |
| 22636 DAVIS DR STE 100 | | | |
| **Address 2** | | | |
| **Address 3** | | | |
| **Address 4** | | | |

| City | State | Zip |
|---|---|---|
| STERLING | VA | 20164 |
| **Country** | **Military Location Description** | |
| USA | | |

| Service Acceptor | |
|---|---|
| **DoDAAC** | **Extension** |
| HT0017 | |
| **Activity Name 1** | |
| WALTERREEDNATIONALMILITARYMEDCENTER | |
| **Activity Name 2** | |
| **Activity Name 3** | |
| **Address 1** | |
| WALTERREEDNATIONALMILITARYMEDCENTER | |
| **Address 2** | |
| 8965 BROWN DRIVE, BLDG 54,WAREHOUSE | |
| **Address 3** | |
| **Address 4** | |
| BETHESDA MD 20889-5600 | |

| Administered By | |
|---|---|
| **DoDAAC** | |
| HT0014 | |
| **Activity Name 1** | |
| DEFENSE HEALTH AGENCY | |
| **Activity Name 2** | |
| **Activity Name 3** | |
| **Address 1** | |
| CONTRACTING OFFICE-NCR | |
| **Address 2** | |
| 8111 GATEHOUSE ROAD, 2ND FLOOR | |
| **Address 3** | |
| **Address 4** | |
| FALLS CHURCH VA 22042 | |

| City | State | Zip |
|---|---|---|
| **Country** | **Military Location Description** | |

| Payment Official | |
|---|---|
| **DoDAAC** | **Extension** |
| HQ0490 | |
| **Activity Name 1** | |
| DFAS-INDY VP GFEBS | |
| **Activity Name 2** | |
| **Activity Name 3** | |
| **Address 1** | |
| 8899 E 56TH STREET | |
| **Address 2** | |
| INDIANAPOLIS IN 46249-3800 | |
| **Address 3** | |
| **Address 4** | |
| INDIANAPOLIS IN 46249-3800 | |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| Country | Military Location Description | | Country | Military Location Description | |

| Issue By | |
|---|---|
| **DoDAAC** | |
| HT0014 | |
| **Activity Name 1** | |
| DEFENSE HEALTH AGENCY | |
| **Activity Name 2** | |
| **Activity Name 3** | |
| **Address 1** | |
| CONTRACTING OFFICE-NCR | |
| **Address 2** | |
| 8111 GATEHOUSE ROAD, 2ND FLOOR | |
| **Address 3** | |
| **Address 4** | |
| FALLS CHURCH VA 22042 | |
| **City** | **State** / **Zip** |
| **Country** | **Military Location Description** |

Misc Information

| Name: | Date of Action / IRD: | Phone #: | DSN: |
|---|---|---|---|
| Barbara Rosas | 2017/12/06 1802 MST / 2017/12/06 1802 MST | 7033490629 | |
| **Email:** | | **Title:** | **Action(s):** |
| brosas@infusedsolutions.com | | Operations Manager | [Submitted, Web, From Template] |
| **Org Email:** | | | |
| mjohnson@infusedsolutions.com | | | |
| **Attachments:** | | | |
| WR_11302017_P5436EN.pdf | | | |
| WR_11302017_Encounters.pdf | | | |
| **Comments:** | | | |

| Name: | Date of Action: | Phone #: | DSN: |
|---|---|---|---|
| NANCY STAMBLER | 2017/12/08 1356 MST | 301-319-8381 | |
| **Email:** | | **Title:** | **Action(s):** |
| NANCY.K.STAMBLER.CIV@MAIL.MIL | | HEALTH SYSTEMS ADMINISTRA | [Accepted, Processed via EDI] |

**Org Email:**
DHA.WAWF.NOTIFICATIONS@DHA.MIL

**Attachments:**

**Comments:**

## Workflow Information

### ACTION BY: HT0017

| | Date Received | Signature Date | |
|---|---|---|---|
| Inspected | | | Has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents |
| Accepted and conforms to the contract except as noted | 2017/12/08 | 2017/12/08 | NANCY STAMBLER |
| Reject to Initiator | | | Signature Of Authorized Government Representative |

### ACTION BY: Payment Official

Document Accepted

Document Processed

Document Rejected

Document Suspended

Document Available For Recall

## Document Information

| Contract Number Type | Contract Number | Delivery Order | Reference Procurement Identifier | Issue Date |
|---|---|---|---|---|
| DoD Contract (FAR) | W91YTZ14DM111 | HT001417F0147 | W91YTZ14DM111 | 2017/06/30 |

| Invoice Number | Invoice Date | Final Invoice? | Invoice Received Date |
|---|---|---|---|
| P5436TM | 2017/12/04 | N | 2017/12/06 |

| Summary of Detail Level Information | Total |
|---|---|
| 8  CLIN/SLIN(s) | $ 240,446.10 |
| 0  Miscellaneous Amount(s) | $ 0.00 |
|   **Document Total:** | $ 240,446.10 |

| Shipment Number | Shipment Date | Final Shipment |
|---|---|---|
| P5436TM | 2017/11/30 | N |

| Billing/Account Number | Period of Performance From Date | Period of Performance To Date |
|---|---|---|
|  |  |  |

## Line Item Information

**Line Item Total:**   $ 240,446.10

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3005AA | D303 | FT | 160 | HOURS | HR | 57.03 | 9,124.80 |
|  | **AAI** | **SDN** | **ACRN** | **PR Number** |  |  |  |
|  |  |  | AA | 0011027091 |  |  |  |

**Description**

Site Manager. Period: 11/01/2017 - 11/30/2017. 160 Hours

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3005AB | D303 | FT | 174 | HOURS | HR | 48.28 | 8,400.72 |
|  | **AAI** | **SDN** | **ACRN** | **PR Number** |  |  |  |
|  |  |  | AA | 0011027091 |  |  |  |

**Description**

Lead Auditor/ Trainer Inpatient Coding. Period: 11/01/2017 - 11/30/2017. 174 Hours.

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3005AC | D303 | FT | 813 | HOURS | HR | 42.02 | 34,162.26 |
|  | **AAI** | **SDN** | **ACRN** | **PR Number** |  |  |  |

| | AAI | | SDN | ACRN | PR Number | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | AB | 0011027091 | | | |

| Description |
|---|
| Inpatient Auditors WRNMMC. Period: 11/01/2017 - 11/30/2017. 813 Hours |

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3005AD | D303 | FT | 160 | HOURS | HR | 42.02 | 6,723.20 |
| | AAI | | SDN | ACRN | PR Number | | |
| | | | | AB | 0011027091 | | |

| Description |
|---|
| Lead Auditor/ Trainer Outpatien WRNMMC. Period: 11/01/2017 - 11/30/2017. 160 Hours |

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3005AE | D303 | FT | 847 | HOURS | HR | 35.77 | 30,297.19 |
| | AAI | | SDN | ACRN | PR Number | | |
| | | | | AB | 0011027091 | | |

| Description |
|---|
| Outpatient Auditors WRNMMC. Period: 11/01/2017 - 11/30/2017. 847 Hours |

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3005AF | D303 | FT | 1,396.5 | Hours | HR | 33.25 | 46,433.63 |
| | AAI | | SDN | ACRN | PR Number | | |
| | | | | AA | 0011027091 | | |

| Description |
|---|
| Medical Record Coder- DTHC Pentagon. Period: 11/01/2017 - 11/30/2017. 1,396.50 Hours |

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3009 | D303 | FT | 680 | HOURS | HR | 73.6 | 50,048.00 |
| | AAI | | SDN | ACRN | PR Number | | |
| | | | | AA | 0011027091 | | |

| Description |
|---|
| Clinical Documentation Improvement Spec. Period: 11/01/2017 - 11/30/2017. 680 Hours |

| Item No. | Product/Service ID | Qualifier | Qty. Delivered | Unit of Measure | UofM Code | Unit Price ($) | Amount ($) |
|---|---|---|---|---|---|---|---|
| 3010 | D303 | FT | 1,315 | HOURS | HR | 42.02 | 55,256.30 |
| | AAI | | SDN | ACRN | PR Number | | |

**Description**
Inpatient Professional Services (Rounds). Period: 11/01/2017 - 11/30/2017 1,315 Hrs.

---

## Address Information

| Prime Contractor | | | | Administered By | | |
|---|---|---|---|---|---|---|
| **CAGE Code** | **DUNS** | **DUNS + 4** | **Extension** | **DoDAAC** | | |
| 3JDK3 | 136114316 | | | HT0014 | | |
| **Activity Name 1** | | | | **Activity Name 1** | | |
| INFUSED SOLUTIONS, LLC | | | | DEFENSE HEALTH AGENCY | | |
| **Activity Name 2** | | | | **Activity Name 2** | | |
| **Activity Name 3** | | | | **Activity Name 3** | | |
| **Address 1** | | | | **Address 1** | | |
| 22636 DAVIS DR STE 100 | | | | CONTRACTING OFFICE-NCR | | |
| **Address 2** | | | | **Address 2** | | |
| | | | | 8111 GATEHOUSE ROAD, 2ND FLOOR | | |
| **Address 3** | | | | **Address 3** | | |
| **Address 4** | | | | **Address 4** | | |
| | | | | FALLS CHURCH VA 22042 | | |
| **City** | | **State** | **Zip** | **City** | **State** | **Zip** |
| STERLING | | VA | 20164 | | | |
| **Country** | | **Military Location Description** | | **Country** | **Military Location Description** | |
| USA | | | | | | |

| Service Acceptor | | | | Payment Official | | |
|---|---|---|---|---|---|---|
| **DoDAAC** | | **Extension** | | **DoDAAC** | **Extension** | |
| HT0017 | | | | HQ0490 | | |
| **Activity Name 1** | | | | **Activity Name 1** | | |
| WALTERREEDNATIONALMILITARYMEDCENTER | | | | DFAS-INDY VP GFEBS | | |
| **Activity Name 2** | | | | **Activity Name 2** | | |
| **Activity Name 3** | | | | **Activity Name 3** | | |
| **Address 1** | | | | **Address 1** | | |
| WALTERREEDNATIONALMILITARYMEDCENTER | | | | 8899 E 56TH STREET | | |
| **Address 2** | | | | **Address 2** | | |
| 8965 BROWN DRIVE, BLDG 54,WAREHOUSE | | | | INDIANAPOLIS IN 46249-3800 | | |
| **Address 3** | | | | **Address 3** | | |
| **Address 4** | | | | **Address 4** | | |
| BETHESDA MD 20889-5600 | | | | INDIANAPOLIS IN 46249-3800 | | |
| **City** | | **State** | **Zip** | **City** | **State** | **Zip** |

| Country | Military Location Description | Country | Military Location Description |
|---|---|---|---|

| **Issue By** | | | |
|---|---|---|---|
| **DoDAAC** | | | |
| HT0014 | | | |
| **Activity Name 1** | | | |
| DEFENSE HEALTH AGENCY | | | |
| **Activity Name 2** | | | |
| **Activity Name 3** | | | |
| **Address 1** | | | |
| CONTRACTING OFFICE-NCR | | | |
| **Address 2** | | | |
| 8111 GATEHOUSE ROAD, 2ND FLOOR | | | |
| **Address 3** | | | |
| **Address 4** | | | |
| FALLS CHURCH VA 22042 | | | |
| **City** | | **State** | **Zip** |
| **Country** | | **Military Location Description** | |

Misc Information

| **Name:** | **Date of Action / IRD:** | **Phone #:** | **DSN:** |
|---|---|---|---|
| Barbara Rosas | 2017/12/04 0613 MST / 2017/12/04 0613 MST | 7033490629 | |
| **Email:** | | **Title:** | **Action(s):** |
| brosas@infusedsolutions.com | | Operations Manager | [Submitted, Web, From Template] |
| **Org Email:** | | | |
| mjohnson@infusedsolutions.com | | | |
| **Attachments:** | | | |
| **Comments:** | | | |

| **Name:** | **Date of Action / IRD:** | **Phone #:** | **DSN:** |
|---|---|---|---|
| Barbara Rosas | 2017/12/06 1757 MST / 2017/12/06 1757 MST | 7033490629 | |
| **Email:** | | **Title:** | **Action(s):** |
| brosas@infusedsolutions.com | | Operations Manager | [Recalled, Submitted] |
| **Org Email:** | | | |
| mjohnson@infusedsolutions.com | | | |
| **Attachments:** | | | |

**Comments:**

System Comment: Attachment(s) Deleted - WR_11302017_P5436TM.pdf, WR_11302017_Hours.pdf

| **Name:** | **Date of Action:** | **Phone #:** | **DSN:** |
|---|---|---|---|
| NANCY STAMBLER | 2017/12/08 1357 MST | 301-319-8381 | |

| **Email:** | | **Title:** | **Action(s):** |
|---|---|---|---|
| NANCY.K.STAMBLER.CIV@MAIL.MIL | | HEALTH SYSTEMS ADMINISTRA | [Accepted, Processed via EDI] |

**Org Email:**

DHA.WAWF.NOTIFICATIONS@DHA.MIL

**Attachments:**

**Comments:**

| **Name:** | **Date of Action:** | **Phone #:** | **DSN:** |
|---|---|---|---|
| Wendy Maida | 2017/12/20 0900 MST | 315-709-6383 | 742-6383 |

| **Email:** | | **Title:** | **Action(s):** |
|---|---|---|---|
| wendy.l.maida.civ@mail.mil | | Accounting Technician | [Recalled, Suspended] |

**Org Email:**

CIN-WAWF-HQ0490@DFAS.MIL

**Attachments:**

**Comments:**

This WAWF document is administratively being suspended by the IDOC Team to allow it to be processed properly into the entitlement system. If processing issues occur further updates will be provided. Thank you for your patience. For IDOC to be cleared please use 437602722.

| **Name:** | **Date of Action:** | **Phone #:** | **DSN:** |
|---|---|---|---|
| CINDY KERBER | 2018/01/02 1019 MST | 1-800-553-0527 | |

| **Email:** | | **Title:** | **Action(s):** |
|---|---|---|---|
| cindy.l.kerber.civ@mail.mil | | ACCOUNTING TECHNICIAN | [Recalled, Processed] |

**Org Email:**

CIN-WAWF-HQ0490@DFAS.MIL

**Attachments:**

**Comments:**

Your document has been entered into the Entitlement system and accepted for payment. Thank you.

## Workflow Information

**ACTION BY: HT0017**

| Inspected | **Date Received** | **Signature Date** | Has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents |
|---|---|---|---|

| Accepted and conforms to the contract except as noted | |
|---|---|
| 2017/12/08 | 2017/12/08 |
| Reject to Initiator | Signature Of Authorized Government Representative |
| | NANCY STAMBLER |

**ACTION BY: Payment Official**

Document Accepted

Document Processed

Document Rejected

Document Suspended

Document Available For Recall