Exhibit 5




# DEFENSE CRIMINAL INVESTIGATIVE SERVICE

*U.S. Department of Defense*  •  *Inspector General*





## SA RYAN GOINS, DCIS ■ SA SONYA SMITH, NCIS ■ SA JOSHUA KIMREY, ARMY CID



### HMA SOLUTIONS, ET AL.



# VIOLATIONS

- 18 U.S.C. 371 § Conspiracy to Defraud

- 31 U.S.C. § 3729 False Claims

- 18 U.S.C. 641 § Theft of Public Funds

- 18 U.S.C. 1343 § Fraud by Wire



# THE STORY

- October 2018: Agents received information from local law enforcement regarding an alleged scheme to defraud the Government.
  - Review of records and discussions with complainant, Marlon Johnson, Infused co-owner, revealed:
    - In December 2013, Contract W91YTZ-14-D-M111 was awarded to Infused with a value of approximately $6.7 million.  The contract was to review, validate, and ensure "patient encounter" medical codes were entered accurately into Walter Reed's Medical Database.
- Late 2016: Akbar Masood, Infused co-owner, told Johnson that Walter Reed was not happy with subcontractor HCR and as a result Masood hired a new subcontractor, HMA, to take over without Johnson's knowledge.  In January 2017, HMA (Harriet, Michelle, and Akbar) was in place.
- No Government correspondence was ever discovered confirming the displeasure of HCR.  The Government had never heard of HMA at this point. *(Confirmed from interviews)*
- HMA invoices gradually increased from $7,000 to $93,000 per month.
- EVERY HMA invoice was passed on to the Government by Infused.  The Government paid ALL invoices.
- Previous subcontractor HCR's average monthly invoice was $7,000.



# HMA AND CASE OWNERS/EXECUTIVES

- **H**arriett Jackson
  - "Independent Contractor" HMA
  - Has 8a status
  - President of CASE



- **M**ichelle Peebles
  - President of HMA
  - Vice President of CASE
  - Site Manager for Infused at Walter Reed
  - Submitted & approved HMA and Infused invoices on Walter Reed contract



- **A**kbar Masood
  - Owns 30% of Infused
  - Co-owner of CASE and Independent Contractor for HMA
  - Entire salary of $400K from Infused is deposited into 401K





# INFUSED SOLUTIONS, LLC (INFUSED): PRIME CONTRACTOR

- Started : 6/26/2003
  - *Government Top Secret*
  - *Minority Owned*
  - *DOT Certified DBE*
  - Marlon Johnson (40% Owner)
    - *No DoD affiliation*

  - Paul Faustin (30% Owner)

  - Akbar Masood (30% Owner)



M. Johnson



# HMA's Conspiracy to defraud the Government

- Create a subcontracting company named HMA SOLUTIONS to submit false claims

- Create a false teaming agreement with the Prime Contractor

- Use personal contacts to bill for services not rendered



# CONSPIRACY:  CREATE HMA

- Business Started: 12/30/16

- Minority Owned

- Woman Owned

- Owner: Michelle Peebles
- Owner: Harriett Jackson
- Owner: Akbar Masood

### STATEMENT OF AUTHORIZED PERSON
*************************
IN LIEU OF ORGANIZATIONAL MEETING
FOR
HMA Solutions, LLC
December 30, 2016

We, Harvard Business Services, Inc., the Authorized Person of HMA Solutions, LLC -- a Delaware Limited Liability Company -- hereby adopt the following resolution pursuant to Section 18-201 of the Delaware Limited Liability Company Act:

**Resolved**: That the Certificate of Formation of HMA Solutions, LLC was filed with the Secretary of State of Delaware on December 30, 2016.

**Resolved**: That on December 30, 2016 the following persons were appointed as the initial Managing Members of the Limited Liability Company until their successors are elected and qualify:

Michelle O Peebles
Akbar Masood

**Resolved**: That the undersigned signatory hereby resigns as the authorized person of the above named Limited Liability Company.

This resolution shall be filed in the minute book of the company.

Richard H. Bell II

Harvard Business Services, Inc., Authorized Person
By: Richard H. Bell, II, President



# CONSPIRACY: TEAMING AGREEMENT

- The signature of Renee Connor, a former colleague of Harriett Jackson from Kaiser Permanente, was used to solidify the teaming agreement between Infused and HMA, however Renee Connor <u>NEVER</u> worked for HMA.

- When asked about the Consulting Agreement dated 1/23/2017 and 4/4/2017, Connor advised she has never seen the consulting agreements and it was not her signature.



# CONSPIRACY CONTINUED

M. Johnson believed Masood established HMA with Peebles and Jackson solely for the purpose of submitting fraudulent invoices through Infused and paid by the U.S. Government.

Johnson believed the conspiracy, false claims, theft of public funds, and wire fraud had been occurring since 2017 totaling $2.9 million *(Agreement for Consulting Services between Infused and HMA, January 2017.)*

Johnson believed HMA fraudulently obtained funds from Walter Reed for medical coding services not rendered using the following methods:

- HMA submitted invoices to Infused for "ghost employees" who did not work for HMA.
- Peebles then approved these HMA invoices as the Infused Site Manager at Walter Reed.
- Infused subsequently passed on the cost of these "ghost employees" to Walter Reed within Infused invoices.
- Infused invoices were compiled to include the HMA subcontract work.



# FALSE CLAIMS

*"Any person who knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval."*



## FALSE CLAIMS: "GHOST CODER" EMPLOYEES PAID $1,152,056

- To work as a coder, individuals must pass an initial certification test and recertify each year with one of 2 medical coding certification agencies: **AAPC** or **AHIMA**.

- NONE of the 4 medical coders identified as per encounter "ghost coders" have a current or expired certification from either agency.

"Ghost Coders"  Identified as:

  - **RHONDA PAUL-** Friend/possible relative of Peebles. Paid **$298,851.20.**

  - **WESLEY WILLIAMS-** Jackson's ex-boyfriend. Currently on probation after a felony charge. Paid **$312,781.80.**

  - **BAGNON TITI-** Peebles' boyfriend.  Works for Metro Transit as a bus driver. Paid **$245,381.70.**

  - **ALFRED DUNCAN-** Appears to be a musician with a criminal history. Paid **$295,041.50.**



# FALSE CLAIMS: DODIG SUBPOENA RESULTS FROM HMA INCLUDED W-9'S

NONE of the HMA personnel were coders and only 1 had heard of HMA (HMA invoiced for **thousands of encounters** every month):

- **Tanya Fulton**: stated she did coding; had no access to coding systems.
- **Alexis Williams:** (ghost coder's daughter): stated the W-9 was from another company; and stated she did no coding.
- **Markerely Harris:** (Jackson's family friend): stated she did admin work for another company as Jackson's personal asst.
- **Allyssa Jackson:** (Jackson's daughter): declined interview.
- **Tiffany Matthews:** (Jackson's sister): stated she did admin work for Harriett/HMA and did not do any coding.



# FALSE CLAIMS: ELAINE AND ALIBE

**The following two individuals information was used to bill the government for services not rendered.**

- **Elaine Robinson** is a medical coder for Cigna.
  - Robinson interviewed for a job with Infused in approximately 2015, completed a background check, and received a CAC.
  - Robinson was verbally offered a job by someone (NFI) at Infused but was never provided an offer letter or start date.
  - When Robinson called to follow-up, the person claimed to not remember their conversation.
  - Robinson never accessed any WR system and never did any work for Infused, WR, or any government contract; *Robinson never heard of HMA and had no knowledge of HMA email address, eclesterob@hotmail.com.*

- **Alibe Robertson** related a similar story: he interviewed for a job, completed background paperwork, received a CAC, and never received a formal job offer.
  - Robertson did not remember the name of the company, but had *never heard of "HMA Solutions" and had no knowledge of his HMA email address, aliberob5@gmail.com.*

# PEEBLES RECEIVES TIMEKEEPING SIGN-IN'S FOR ELAINE AND ALIBE

| | |
|---|---|
| **From:** | Kristine Gillespie <kgillespie@infusedsolutions.com> |
| **Sent:** | 04/07/17 08:00:25 AM |
| **To:** | Michelle Peebles <mpeebles@infusedsolutions.com> |
| **CC:** | Kristine Gillespie <kgillespie@infusedsolutions.com> |
| **Subject:** | Re: Agreement |

You're welcome!

Alibe and Elaine have been set up in PROCAS. Their passwords are set to password and their usernames are below:

- Alibe Robertson: arobertson
- Elaine Robinson: erobinson

### The same random mistake is made on both time sheets in May 2017:

| | |
|---|---|
| **From:** | Kristine Gillespie <kgillespie@infusedsolutions.com> |
| **Sent:** | 05/01/17 01:16:26 PM |
| **To:** | Michelle Peebles <mpeebles@infusedsolutions.com> |
| **CC:** | Kristine Gillespie <kgillespie@infusedsolutions.com> |
| **Subject:** | Re: Time Sheets |

Thanks! It looks like Elaine and Alibe submitted the time sheet for 5/1-5/15/17. Can you please have them submit the 4/16-4/30/17 time sheet?

On Mon, May 1, 2017 at 1:11 PM, mpeebles@infusedsolutions.com> wrote:
> Elaine and Alibe done



# FALSE CLAIMS: ELAINE AND ALIBE -HMA BILLING

The HMA invoice line "hours for two employees" is
described in an email as work by "Elaine and Alibe".

Gillespie notes a
discrepancy for the
hours charged,
440.50 vice 424.5
for July 2017.

| From: | Kristine Gillespie <kgillespie@infusedsolutions.com> |
|---|---|
| Sent: | 08/07/17 03:17:33 AM |
| To: | HMA Accounting <accounting@hmasolutionsllc.com> |
| CC: | "kgillespie@infusedsolutions.com" <kgillespie@infusedsolutions.com>, Michelle Peebles <michelle@hmasolutionsllc.com>, Renee Connor <renee@hmasolutionsllc.com>, Barbara Rosas <brosas@infusedsolutions.com> |
| Subject: | Re: August Invoice |

Hi Matthew,

I was verifying the hours and found a discrepancy. The HMA invoice shows
440.50 hours for 2 employees (Elaine and Alibe), but our time keeping systems
shows these 2 worked 424.50 hours. Please see below:



# INVOICE FOR ELAINE AND ALIBE

440.50 hours for "Hours for 2 employees" with a $32.50 rate.





$14,316.25



**HMA SOLUTIONS LLC** — **INVOICE**

9103 Woodmore Towne Center Drive, suite 364, Lanham, MD 20706

**SOLD TO:**
Name:  Infused Solutions
22636 Davis Drive
Sterling, VA 20164

8/3/17

Performance Period: July 1–July 31, 2017

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 15785 | Outpatient Encounters | 1.80 | $28,413.00 |
| 194 | APV Encounters | 9.00 | $1,746.00 |
| 154 | Inpatient Encounters | 12.10 | $1,863.40 |
| 590 | CDI Employees | 70.00 | $41,300.00 |
| 440.50 | Hours for 2 employees | 32.50 | 14,316.25 |
| | Terms Net 15 | | |
| | Please ACH the funds to: | | |
| | Bank: TD Bank | | |
| | Title: HMA Solutions, LLC | | |
| | Account: 4335304418 | | |
| | Routing: 054001725 | | |

| | | | |
|---|---|---|---|
| | | SUBTOTAL | 87,638.65 |
| | | TAX | |
| | | FREIGHT | |
| | | | $87,638.65 |
| | | | PAY THIS AMOUNT |

  

# FALSE CLAIMS: ELAINE AND ALIBE

424.50 hours for Elaine and Alibe with $33.25 rate to gov't.



| Description | HOURS | Cost Per Unit | Amount |
|---|---|---|---|
| CLIN3005AA - SITE MANAGER - MICHELLE PEEBLES | 172 | $ 57.03 | $ 9,809.16 |
| CLIN3005AB - LEAD AUDITOR INPATIENT - CURTIS JACKSON | 128 | $ 48.28 | $ 6,179.84 |
| CLIN3005AC - INPATIENT AUDITORS-JAMES CARTER | 160 | $ 42.02 | $ 6,723.20 |
| CLIN3005AC - INPATIENT AUDITORS - AYISHA HENDERSON | 153 | $ 42.02 | $ 6,429.06 |
| CLIN3005AC - INPATIENT AUDITORS - SYLVIA KOONCE | 160 | $ 42.02 | $ 6,723.20 |
| CLIN3005AC- INPATIENT AUDITORS - RENEE KRANKOSKI | 160 | $ 42.02 | $ 6,723.20 |
| CLIN3005AC - INPATIENT AUDITORS - SHARON THOMAS | 168 | $ 42.02 | $ 7,059.36 |
| CLIN3005AD - Lead Auditor/Trainer Outpatient - Bennie Shepherd | 160 | $ 42.02 | $ 6,723.20 |
| CLIN3005AE - OUTPATIENT AUDITOR- RICKI BARNES | 160 | $ 35.77 | $ 5,723.20 |
| CLIN3005AE - OUTPATIENT AUDITOR- JUANITA JACKSON | 160 | $ 35.77 | $ 5,723.20 |
| CLIN3005AE - OUTPATIENT AUDITOR- ELLA LATTIMORE | 117.5 | $ 35.77 | $ 4,202.98 |
| CLIN3005AE- OUTPATIENT AUDITOR- ANITA ROBINSON | 168 | $ 35.77 | $ 6,009.36 |
| CLIN3005AE - OUTPATIENT AUDITOR- RHONDA SHELTON | 159 | $ 35.77 | $ 5,687.43 |
| CLIN3005AE - OUTPATIENT AUDITOR- CYNTHIA THOMAS | 168 | $ 35.77 | $ 6,009.36 |
| CLIN3005AF - DTHC- India Bembery | 152 | $ 33.25 | $ 5,054.00 |
| CLIN3005AF - DTHC- TANYA FULTON | 80 | $ 33.25 | $ 2,660.00 |
| CLIN3005AF - DTHC- Zayd Hamza | 144 | $ 33.25 | $ 4,788.00 |
| CLIN3005AF - DTHC- ANNA LEE | 160 | $ 33.25 | $ 5,320.00 |
| CLIN3005AF - DTHC- Briona Mathews | 160 | $ 33.25 | $ 5,320.00 |
| CLIN3005AF - DTHC- Alibe Robertson | 215.5 | $ 33.25 | $ 7,165.38 |
| CLIN3005AF - DTHC- Elaine Robinson | 209 | $ 33.25 | $ 6,949.25 |
| CLIN3005AF - DTHC- JACQUELINE SLATON | 166 | $ 33.25 | $ 5,519.50 |
| CLIN3009 - CDI Specialist - Solange Gbossou | 130 | $ 73.60 | $ 9,568.00 |
| CLIN3009 - CDI Specialist - Alsane Soumah | 152 | $ 73.60 | $ 11,187.20 |
| CLIN3009 - CDI Specialist - Gaillena Terrell | 156 | $ 73.60 | $ 11,481.60 |
| CLIN3009 - CDI Specialist - Leslie Vass | 152 | $ 73.60 | $ 11,187.20 |
| **TOTAL** | | | $ 175,925.87 |





# FALSE CLAIMS: CDI SPECIALISTS

- Clinical Documentation Improvement Specialist.
  - CDIs listed by HMA already worked for Infused and were not certified to be CDI Specialists.
  - Requires advanced level knowledge of coding, and certification (distinct specialty from medical coding).
  - Requires the CDI specialist educate medical providers about errors in medical coding, to improve the coding entries.
  - Billed at $70 per hour rate.



# FALSE CLAIMS: 4 CDI GHOST EMPLOYEES INTERVIEWS

**None of the individuals listed as working "CDI" hours for HMA are CDI certified or say they ever worked or billed as a CDI specialist:**

- **Vass, Terrell, and Gbossou** worked as medical coders for Infused, not as CDI's.
- Peebles directed they receive a second sign-in username and password for the timekeeping system; these were created by Gillespie and sent to Peebles.
- Their regular coding hours continued to be billed to Infused, and additional hours were billed to Infused as CDI hours performed for HMA, resulting in additional payments under the HMA invoice.
- All 3 denied knowledge of a second set of payments or any knowledge of HMA.
- Gbossou and Terrell denied working as CDI's (Vass was not asked at the time).
- **Soumah** works as an RN; had no knowledge of HMA; has never done medical coding or worked for Infused; denied receiving any payments (Soumah is Jackson's ex-husband).



# AN EXAMPLE

"Connor" emails the list
of CDI coders.

- **Terrell, Soumah, and Gbossou _never_** worked as CDI's.
- **Soumah** worked as an RN; ( He is Jackson's ex-husband).
- None of them had knowledge of HMA.
- None of them received any payments as a CDI.

**CDI Contractors**
9 messages

Renee Connor <renee@hmasolutionsllc.com>                    Wed, Aug 2, 2017 at 1:34 PM
To: Kristine Gillespie <kmorgan@infusedsolutions.com>
Cc: "mpeebles@infusedsolutions.com" <mpeebles@infusedsolutions.com>, HMA Accounting
<accounting@hmasolutionsllc.com>

Kristine,

My apologies for not presenting the names of the CDI's to you.  We moved do fast to get them in place.  Below are names and hours for July.

Alsane Soumah        152 hours

Leslie Vass          152 hours

Solange Gobssou.     130 hours

Gaillena Terrell     156 hours

July 2017 adds up to
590 CDI hours.



# FALSE CLAIMS: FRAUDULANT CDI BILLING

Gillespie at Infused raises concerns about 3 of the CDI coders (Vass, Gbossou, Terrell) doing double work since they already work for Infused.



Peebles at Infused vouches that it's ok as long as they are not FTE, and they are credentialed.

Kristine Gillespie <kmorgan@infusedsolutions.com>
To: Michelle Peebles <mpeebles@infusedsolutions.com>
Cc: Barbara Rosas <brosas@infusedsolutions.com>

Wed, Aug 2, 2017 at 1:37 PM

Hi Michelle,

3 of these employees are our employees ( Leslie, Solange, and Gaillena). Are they doing double work?

Thanks,

Kristine Gillespie
[Quoted text hidden]

Michelle Peebles <mpeebles@infusedsolutions.com>
To: Kristine Gillespie <kmorgan@infusedsolutions.com>
Cc: Barbara Rosas <brosas@infusedsolutions.com>
Bcc: Akbar Masood <amasood@infusedsolutions.com>

Wed, Aug 2, 2017 at 1:49 PM

Hi Kristine,

Yes they are.

I asked prior to accepting them if it was a conflict, I was told as long as they are not billable (fte) employees for us it would not be a problem.

They are more than fulfilling their requirements for me. They hold the credentials needed for this position which has been hard to come by. we cannot afford to lose them on our side as coders, so I could not change their position with us.

Thank you

[Quoted text hidden]
--
Michelle Peebles, CPC
Site Manager
P: (703) 943-7546
mpeebles@infusedsolutions.com

Infused Solutions LLC
22636 Davis Drive, Suite 100
Sterling, VA 20164



# SAMPLE MONTH OF FRAUDULENT BILLING, JULY 2017



**590 hours for CDI with rate of $70.**

**$41,300**

**HMA SOLUTIONS LLC** — INVOICE

9103 Woodmore Towne Center Drive, suite 364, Lanham, MD 20706

**SOLD TO:**
Name: Infused Solutions
22636 Davis Drive
Sterling, VA 20164

8/3/17

Performance Period: July 1–July 31, 2017

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 15785 | Outpatient Encounters | 1.80 | $28,413.00 |
| 194 | APV Encounters | 9.00 | $1,746.00 |
| 154 | Inpatient Encounters | 12.10 | $1,863.40 |
| 590 | CDI Employees | 70.00 | $41,300.00 |
| 440.50 | Hours for 2 employees | 32.50 | 14,316.25 |
| | Terms Net 15 | | |
| | Please ACH the funds to: | | |
| | Bank: TD Bank | | |
| | Title: HMA Solutions, LLC | | |
| | Account: 4335304418 | | |
| | Routing: 054001725 | | |

| | | | |
|---|---|---|---|
| | SUBTOTAL | | 87,638.65 |
| | TAX | | |
| | FREIGHT | | |
| | | | $87,638.65 |





# Fraud Passed on to the Government

| Description | HOURS | Cost Per Unit | Amount |
|---|---|---|---|
| CLIN3005AA - SITE MANAGER - MICHELLE PEEBLES | 172 | $ 57.03 | $ 9,809.16 |
| CLIN3005AB - LEAD AUDITOR INPATIENT - CURTIS JACKSON | 128 | $ 48.28 | $ 6,179.84 |
| CLIN3005AC - INPATIENT AUDITORS-JAMES CARTER | 160 | $ 42.02 | $ 6,723.20 |
| CLIN3005AC - INPATIENT AUDITORS - AYISHA HENDERSON | 153 | $ 42.02 | $ 6,429.06 |
| CLIN3005AC - INPATIENT AUDITORS - SYLVIA KOONCE | 160 | $ 42.02 | $ 6,723.20 |
| CLIN3005AC- INPATIENT AUDITORS - RENEE KRANKOSKI | 160 | $ 42.02 | $ 6,723.20 |
| CLIN3005AC - INPATIENT AUDITORS - SHARON THOMAS | 168 | $ 42.02 | $ 7,059.36 |
| CLIN3005AD - Lead Auditor/Trainer Outpatient - Bennie Shepherd | 160 | $ 42.02 | $ 6,723.20 |
| CLIN3005AE - OUTPATIENT AUDITOR- RICKI BARNES | 160 | $ 35.77 | $ 5,723.20 |
| CLIN3005AE - OUTPATIENT AUDITOR- JUANITA JACKSON | 160 | $ 35.77 | $ 5,723.20 |
| CLIN3005AE - OUTPATIENT AUDITOR- ELLA LATTIMORE | 117.5 | $ 35.77 | $ 4,202.98 |
| CLIN3005AE- OUTPATIENT AUDITOR- ANITA ROBINSON | 168 | $ 35.77 | $ 6,009.36 |
| CLIN3005AE - OUTPATIENT AUDITOR- RHONDA SHELTON | 159 | $ 35.77 | $ 5,687.43 |
| CLIN3005AE - OUTPATIENT AUDITOR- CYNTHIA THOMAS | 168 | $ 35.77 | $ 6,009.36 |
| CLIN3005AF - DTHC- India Bembery | 152 | $ 33.25 | $ 5,054.00 |
| CLIN3005AF - DTHC- TANYA FULTON | 80 | $ 33.25 | $ 2,660.00 |
| CLIN3005AF - DTHC- Zayd Hamza | 144 | $ 33.25 | $ 4,788.00 |
| CLIN3005AF - DTHC- ANNA LEE | 160 | $ 33.25 | $ 5,320.00 |
| CLIN3005AF - DTHC- Briona Mathews | 160 | $ 33.25 | $ 5,320.00 |
| CLIN3005AF - DTHC- Alibe Robertson | 215.5 | $ 33.25 | $ 7,165.38 |
| CLIN3005AF - DTHC- Elaine Robinson | 209 | $ 33.25 | $ 6,949.25 |
| CLIN3005AF - DTHC- JACQUELINE SLATON | 166 | $ 33.25 | $ 5,519.50 |
| CLIN3009 - CDI Specialist - Solange Gbossou | 130 | $ 73.60 | $ 9,568.00 |
| CLIN3009 - CDI Specialist - Alsane Soumah | 152 | $ 73.60 | $ 11,187.20 |
| CLIN3009 - CDI Specialist - Gaillena Terrell | 156 | $ 73.60 | $ 11,481.60 |
| CLIN3009 - CDI Specialist - Leslie Vass | 152 | $ 73.60 | $ 11,187.20 |
| **TOTAL** | | | **$ 175,925.87** |

590 hours for CDI with rate of $73.60 to gov't.







# HMA INVOICES BILLED TO WRNMMC

In an email exchange about billable hours,
Masood sent the following inquiry to Peebles:

| | |
|---|---|
| **From:** | Akbar Masood <amasood@infusedsolutions.com> |
| **Sent:** | 07/05/18 11:47:02 AM |
| **To:** | Michelle Peebles <mpeebles@infusedsolutions.com> |
| **CC:** | Kristine Gillespie <kmorgan@infusedsolutions.com>, Barbara Rosas <brosas@infusedsolutions.com> |
| **Subject:** | Re: Invoice for June Performance |

Michelle, thanks for your responses.  We can chat later as necessary.

I think I understand, however for clarity, I want to ask directly:

Are all the hours we have to pay HMA 100% billable to WR?
Are they billable under multiple CLINs?

Please confirm.

Peebles response:

| | |
|---|---|
| **From:** | mpeebles@infusedsolutions.com |
| **Sent:** | 07/05/18 11:50:46 AM |
| **To:** | Akbar Masood <amasood@infusedsolutions.com> |
| **CC:** | Kristine Gillespie <kmorgan@infusedsolutions.com>, Barbara Rosas <brosas@infusedsolutions.com> |
| **Subject:** | Re: Invoice for June Performance |

Yes and yes



# THEFT OF PUBLIC FUNDS/WIRE FRAUD

- *"Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof."*

- *"Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both."*



# TD BANK SIGNATURE CARD FOR HMA BUSINESS ACCOUNT

---

**NEW BUSINESS ACCOUNT**

| | | | | |
|---|---|---|---|---|
| REGION: Virginia (20) | RC #: 5231 | ACCOUNT NUMBER: | 4335304418 | IM 94004 |

TYPE OF ACCOUNT: TD Bus Convenience Plus Ckg  TYPE CODE: 717

OPENED BY: Peter Faltas  DATE OPENED: 01/30/2017

**BUSINESS NAME / MAILING ADDRESS:** TIN: LEGAL ADDRESS: (No PO Boxes)

HMA SOLUTIONS LLC  814865265  ~9103 WOODMORE TOWN CENTER DR~

9103 WOODMORE TOWN CENTER DR  ~LANHAM~ ~MD~ ~20706~

SUITE 364  6412 Auburn Avenue Riverdale, MD 20737

LANHAM, MD  USA  20706

**Legal address is Peebles' home.**

**Verification:** If Existing Customer, Enter the RM Number: 00000047079826

**Account Relationship:** Corporation or LLC-w/Signers

**Additional Account Verification:** ☒ Business/Entity Documentation: Formation Docs & Resolution

**IMPORTANT INFORMATION**

Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

You, the undersigned, as authorized representative(s) of the business named above (the "Accountholder"), acknowledge receipt of the Business Fee Schedule of Charges and Business Fee Schedule which govern the Accountholder's accounts with TD Bank, N.A. (the "Bank"). Your signature below and the Accountholder's use of the account shall evidence the Accountholder's acceptance of and agreement to be bound by the terms and conditions as set forth in the Business Deposit Account Agreement, Business Schedule of Charges and Business Fee Schedule, and any Addenda thereto, as the same may be amended from time to time.

If you, the undersigned are personally liable for the Accountholder's obligations with respect to the account (such as the Accountholder's principal(s), owners(s) or guarantor(s)), you hereby authorize the Bank to, from time to time, request consumer reports containing references about you from third parties, such as a consumer reporting agency, in connection with opening and maintaining the account. If the Bank declines or is otherwise unable to open a deposit account as a result of any information contained in such consumer report(s), the Bank will provide such notice containing data regarding the consumer reporting agency as required by applicable law.

This section does not apply to U.S. non-resident aliens. Under penalty of perjury, you, the undersigned, certify that:

1. The number shown on this form is the Accountholder's correct taxpayer identification number (or the Accountholder is waiting for a number to be issued to the Accountholder); and
2. The Accountholder is not subject to backup withholding because: (a) the Accountholder is exempt from backup withholding, or (b) the Accountholder has not been notified by the Internal Revenue Service (IRS) that the Accountholder is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Accountholder that the Accountholder is no longer subject to backup withholding; and
3. The Accountholder is a U.S. person (including a U.S. resident alien); and
4. The Foreign Account Tax Compliance Act (FATCA) code entered on this form (if any) indicating that the payee is exempt from FATCA reporting, is correct.

Certification Instructions. You must cross out Item 2 above if the Accountholder has been notified by the IRS that the Accountholder is currently subject to backup withholding because the Accountholder has failed to report all interest and dividends on the Accountholder's tax return or for any other reason. For real estate transactions, Item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellations of debt, contributions to an individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide the Accountholder's correct TIN.

The Internal Revenue Service does not require your or the Accountholder's consent to any provision of this document other than the certifications required to avoid backup withholding.

**Relationship Consent**

☐ By checking this box and signing below, you, _____ authorize the Bank to use the balance from _____ (last 4 digits of account number), your personal checking account, to meet the balance requirement on the Accountholder's Business Convenience Checking Plus or Business Premier Checking account. See Business Deposit Account Agreement for details.

Authorized Representative(s)/Signer(s):

Signature  Signature

**Masood is signatory.** MASOOD AKBAR

Printed Name  Printed Name

06/27/1963  611187639

Date of Birth  TIN  Date of Birth  TIN

Verification: _____  Verification: _____

If Existing Personal Customer, Enter the RM Number: 00000047079905  If Existing Personal Customer, Enter the RM Number: _____





# DOD PAYS INFUSED FOR JULY 2017 INVOICE

Infused Solutions, LLC
General Ledger
01/01/2017 - 12/31/2017

08/29/20
10:17 AM

Page 59 of 1268

| Trans | Date | Task | Code | Vendor / Client Name | LC / Item | Hours / Units | Trans Ref | Debits | Credits | Balance |
|-------|------|------|------|---------------------|-----------|---------------|-----------|--------|---------|---------|
| P106098 | 03/06/17 | | VERIZO | Verizon Wireless | | 0.00 | P106098 | | 1,215.83 | |
| P106165 | 03/27/17 | | VERIZO | Verizon Wireless | | 0.00 | P106165 | | 30.00 | |
| P106267 | 04/26/17 | | VERIZO | Verizon Wireless | | 0.00 | P106267 | | 30.00 | |
| P106399 | 05/26/17 | | VERIZO | Verizon Wireless | | 0.00 | P106399 | | 30.00 | |
| P106499 | 06/26/17 | | VERIZO | Verizon Wireless | | 0.00 | P106499 | | 30.00 | |
| P106602 | 07/26/17 | | VERIZO | Verizon Wireless | | 0.00 | P106602 | | 30.00 | |
| P106746 | 08/28/17 | | VERIZO | Verizon Wireless | | 0.00 | P106746 | | 30.00 | |
| P106833 | 09/26/17 | | VERIZO | Verizon Wireless | | 0.00 | P106833 | | 30.00 | |
| P106946 | 10/26/17 | | VERIZO | Verizon Wireless | | 0.00 | P106946 | | 30.00 | |
| P107002 | 11/27/17 | | VERIZO | Verizon Wireless | | 0.00 | P107002 | | 30.00 | Total Infused |
| P107103 | 12/26/17 | | VERIZO | Verizon Wireless | | 0.00 | P107103 | | 30.00 | invoice paid |
| C101170 | 05/30/17 | | WALTER | Walter Reed National Allena | | 0.00 | C101170 | 43,883.94 | | |
| G107650 | 07/21/17 | | WALTER | Walter Reed National Allena | | 0.00 | G107650 | | 28,563.37 | by Walter |
| G108095 | 11/06/17 | | WALTER | Walter Reed National Allena | | 0.00 | G108095 | | 175,925.88 | Reed. |
| D104227 | 09/06/17 | | WASUI | Employment Security Depart | | 0.00 | 0000000 | | 25.02 | |
| P105915 | 01/09/17 | | WEGMAN | WEGMANS | | 0.00 | P105915 | | 61.03 | |
| P106509 | 06/27/17 | | WEGMAN | WEGMANS | | 0.00 | P106509 | | 38.01 | |
| P106677 | 08/10/17 | | WEGMAN | WEGMANS | | 0.00 | P106677 | | 19.48 | |
| D103808 | 02/08/17 | | WMCPC | Wasserman, Mancini & Chan | | 0.00 | 0003999 | | 1,345.00 | |
| D103829 | 02/24/17 | | WMCPC | Wasserman, Mancini & Chan | | 0.00 | 0004013 | | 1,295.00 | |
| D103926 | 04/18/17 | | WSF | Western Shamrock Finance | | 0.00 | 0004079 | | 276.23 | |
| D103946 | 04/24/17 | | WSF | Western Shamrock Finance | | 0.00 | 0004095 | | 229.87 | |
| D103982 | 05/09/17 | | WSF | Western Shamrock Finance | | 0.00 | 0004116 | | 215.48 | |
| D104023 | 05/25/17 | | WSF | Western Shamrock Finance | | 0.00 | 0004140 | | 254.94 | |
| D104041 | 06/09/17 | | WSF | Western Shamrock Finance | | 0.00 | 0004153 | | 257.76 | |
| D104078 | 06/23/17 | | WSF | Western Shamrock Finance | | 0.00 | 0004177 | | 22.13 | |
| 1005 | | Checking - BB&T (1225-Operating) | | | | 0.00 | | 14,070.78 | 31,176,244.47 | 31,027,436.09 | 162,879.16 |





# INFUSED PAYS HMA

Infused Solutions, LLC
General Ledger
01/01/2017 - 12/31/2017

08/29/20
10:17 AM

Page 136 of 1268

| Trans | Date | Task | Code | Vendor / Client Name | LC / Item | Hours / Units | Trans Ref | Debits | Credits | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| P106431 | 05/31/17 | | HCRS | HCRS | | 0.00 | P106431 | | 3,342.64 | |
| D103803 | 02/02/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P105879 | 69.50 | | |
| D103862 | 03/15/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106111 | 194.77 | | |
| D103862 | 03/15/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P105976 | 195.47 | | |
| D103953 | 04/27/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106192 | 53.97 | | |
| D103998 | 05/11/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106275 | 34.65 | | |
| D104104 | 07/07/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106417 | 207.09 | | |
| D104153 | 08/01/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106525 | 762.90 | | |
| D104221 | 08/29/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106629 | 107.94 | | |
| D104229 | 09/05/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106733 | 192.77 | | |
| D104309 | 10/17/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106810 | 127.17 | | |
| D104386 | 11/28/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106928 | 540.37 | | |
| D104440 | 12/28/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P107022 | 103.95 | | |
| P105976 | 01/31/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P105976 | | 195.47 | |
| P106111 | 01/01/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106111 | | 194.77 | |
| P106192 | 03/31/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106192 | | 53.97 | |
| P106275 | 04/30/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106275 | | 34.65 | |
| P106417 | 05/31/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106417 | | 207.09 | |
| P106525 | 06/30/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106525 | | 762.90 | |
| P106629 | 07/31/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106629 | | 107.94 | |
| P106733 | 08/31/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106733 | | 192.77 | |
| P106810 | 09/30/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106810 | | 127.17 | |
| P106928 | 10/31/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P106928 | | 540.37 | |
| P107022 | 11/30/17 | | HIRE01 | HireRight, Inc. | | 0.00 | P107022 | | 103.95 | |
| P107087 | 12  /17 | | HIRE01 | HireRight, Inc. | | 0.00 | P107087 | | 152.16 | |
| D103887 | 03  /17 | | HMA | HMA Solutions LLC | | 0.00 | P106113 | 7,493.40 | | |
| D103895 | 03  /17 | | HMA | HMA Solutions LLC | | 0.00 | P106114 | 10,429.20 | | |
| D103917 | 04  /17 | | HMA | HMA Solutions LLC | | 0.00 | P106183 | 13,761.10 | | |
| D103986 | 05  /17 | | HMA | HMA Solutions LLC | | 0.00 | P106310 | 33,404.50 | | |
| D104063 | 06  /17 | | HMA | HMA Solutions LLC | | 0.00 | P106430 | 49,181.10 | | |
| D104123 | 07/11/17 | | HMA | HMA Solutions LLC | | 0.00 | P106524 | 46,958.25 | | |
| D104185 | 08/10/17 | | HMA | HMA Solutions LLC | | 0.00 | P106642 | 87,118.65 | | |
| D104234 | 09/07/17 | | HMA | HMA Solutions LLC | | 0.00 | P106735 | 85,439.80 | | |
| D104295 | 10/10/17 | | HMA | HMA Solutions LLC | | 0.00 | P106814 | 88,086.80 | | |
| D104352 | 11/10/17 | | HMA | HMA Solutions LLC | | 0.00 | P106934 | 81,033.30 | | |
| D104363 | 11/09/17 | | HMA | HMA Solutions LLC | | 0.00 | P106934 | 81,033.30 | | |
| D104365 | 11/09/17 | | HMA | HMA Solutions LLC | | 0.00 | P106934 | | 81,033.30 | |
| P106113 | 01/31/17 | | HMA | HMA Solutions LLC | | 0.00 | P106113 | | 7,493.40 | |
| P106114 | 02/28/17 | | HMA | HMA Solutions LLC | | 0.00 | P106114 | | 10,429.20 | |
| P106183 | 03/31/17 | | HMA | HMA Solutions LLC | | 0.00 | P106183 | | 13,761.10 | |
| P106310 | 04/30/17 | | HMA | HMA Solutions LLC | | 0.00 | P106310 | | 33,404.50 | |
| P106430 | 05/31/17 | | HMA | HMA Solutions LLC | | 0.00 | P106430 | | 49,181.10 | |
| P106524 | 06/01/17 | | HMA | HMA Solutions LLC | | 0.00 | P106524 | | 46,958.25 | |
| P106642 | 07/31/17 | | HMA | HMA Solutions LLC | | 0.00 | P106642 | | 87,118.65 | |

HMA requires payment prior to Infused being paid by DoD, as stated by multiple interviewees. Payment to HMA was on 10Aug17; Infused was paid in November 2017.

July 2017 is the first month with the CDI rate.  HMA is paid for July 2017 invoice (less $520 due to the "hours for 2 employees" discrepancy).

Patrick Clezie

# INFUSED PAYMENT TO HMA FOR JULY '17

As related in interviews, HMA received printed checks instead of direct deposit.  The checks are given to Masood to "take" to HMA.









# HMA DEPOSITS PAYMENT FROM INFUSED - AUGUST

 **Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

HMA SOLUTIONS LLC
9103 WOODMORE TOWN CENTER DR
SUITE 364
LANHAM MD 20706

Page:                              1 of 2
Statement Period:    Aug 01 2017-Aug 31 2017
Cust Ref #:              4335304418-717-E-***
Primary Account #:              433-5304418

### TD Business Convenience Plus
HMA SOLUTIONS LLC

Account # 433-5304418

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 161,673.55 | Average Collected Balance | 209,451.51 |
| Deposits | 87,118.65 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 248,792.20 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

**DAILY ACCOUNT ACTIVITY**

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/14 | DEPOSIT | 87,118.65 |
| | Subtotal: | 87,118.65 |

Deposited to HMA TD Bank account.



  

# Harriett, Michelle, and Akbar Withdrawal from HMA Account- November

 **Bank**
America's Most Convenient Bank®

E   **STATEMENT OF ACCOUNT**

HMA SOLUTIONS LLC
9103 WOODMORE TOWN CENTER DR
SUITE 364
LANHAM MD  20706

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Nov 01 2017-Nov 30 2017 |
| Cust Ref #: | 4335304418-717-E-*** |
| Primary Account #: | 433-5304418 |

**TD Business Convenience Plus**

HMA SOLUTIONS LLC

Account # 433-5304418

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 447,318.80 | Average Collected Balance | 293,758.79 |
| Deposits | 81,033.30 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 150,000.00 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 200,000.00 | Days in Period | 30 |
| Ending Balance | 178,352.10 | | |

**DAILY ACCOUNT ACTIVITY**

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | DEPOSIT | 81,033.30 |
| | Subtotal: | 81,033.30 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/28 | 222936 | 150,000.00 |
| | Subtotal: | 150,000.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | DEBIT | 200,000.00 |
| | Subtotal: | 200,000.00 |






# NOVEMBER WITHDRAWAL - AKBAR





# AKBAR CHECK NOTE



# MICHELLE AND HARRIETT PAYMENT

**OFFICIAL CHECK**

**TD Bank**                                    44150264-8

RE: HMA SOLUTIONS LLC                    DATE:  11/09/2017                    52-0133
                                                                              112

PAY TO THE
ORDER OF  MICHELLE PEEBLES                          $100,000.00
          One Hundred Thousand AND 00/100

                                    DRAWER: TD BANK, N.A.

                                         _Mansdes Mann_
                                         AUTHORIZED SIGNATURE

⑈44150264⑈ ⑆011201335⑈ 626505940⑈

**OFFICIAL CHECK**

**TD Bank**                                    44150265-0

RE: HMA SOLUTIONS LLC                    DATE:  11/09/2017                    52-0133
                                                                              112

PAY TO THE
ORDER OF  HARRIETT JACKSON- SOUMAH                  $100,000.00
          One Hundred Thousand AND 00/100

                                    DRAWER: TD BANK, N.A.

                                         _Mansdes Mann_
                                         AUTHORIZED SIGNATURE

⑈44150265⑈ ⑆011201335⑈ 626505940⑈



# AKBAR'S WIFE'S COMPANY PAYMENT WITH AKBAR'S SIGNATURE



# HMA SOLUTIONS TD BANK ACCOUNT

o No payroll or regular business expenses were paid using the November withdrawal.

o HMA's only Payees: Masood, Jackson, Peebles, Salient Strategic Solutions (Masood's wife's, Filza's, business), Filza Akbar (Masood's wife), Alyssa Jackson (Harriett's daughter), Case HCS, and R.T. MCCalpin.



# HMA's Fraud Scheme cost the Government $2,930,375

HMA Invoice breakdown from January 2017 to December 2019:

o $836,417 paid to CDI's

o $543,037 paid for encounters

o $248,515 paid to Elaine and Alibe

o $65,000 paid for data management

o $1,152,056 paid for ghost coders

o Plus 3% fee charged to the Government by Infused



# *Questions?*

SA Ryan Goins, DCIS

SA Sonya Smith, NCIS

SA Joshua Kimrey, Army CID

