IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Crim. No. PX-22-00091** |
| | * | |
| **HARRIETT JACKSON,** *et al.*, | * | |
| | * | |
| *Defendants* | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION TO CONTINUE SENTENCING DATE

Harriett Jackson ("Ms. Jackson"), and the United States of America, by and through undersigned counsel, hereby jointly move this Honorable Court to continue Ms. Jackson's sentencing date currently set for April 2, 2025, at 11:30 a.m. for ninety (90) days, and in support thereof state:

1. On February 25, 2025, this Court issued a Memorandum Opinion and Order dismissing the Second Superseding Indictment in this case with prejudice. ECF Nos. 360-61.

2. Ms. Jackson entered a guilty plea prior to this Court's Memorandum Opinion, but has not yet been sentenced. She is currently scheduled to appear before this Court for sentencing on April 2, 2025.

3. Both Ms. Jackson and the United States are actively considering the implications of this Court's February 25, 2025 Memorandum Opinion, and request additional time to analyze its effect on Ms. Jackson's status in this case.

4. The parties agree that Ms. Jackson has acted expeditiously in seeking potential relief under this Court's February 25, 2025 Memorandum Opinion, and continuing her sentencing date does not constitute delay.

WHEREFORE, Harriett Jackson and the United States of America jointly request that this Court continue Ms. Jackson's sentencing date currently set for April 2, 2025, at 11:30 a.m. for ninety (90) days.

Dated: March 7, 2025                                      Respectfully submitted,

    */s/ with permission*                                          */s/*
Darren S. Gardner                                         Ty Kelly, Federal Bar #27166
Assistant United States Attorney                          tykelly@bakerdonelson.com
United States Attorney's Office                           Annie M. Kenville, Federal Bar #20489
6500 Cherrywood Lane, Suite 200                           akenville@bakerdonelson.com
Greenbelt, MD 20770                                       Baker, Donelson, Bearman, Caldwell &
                                                          Berkowitz, PC
                                                          100 Light Street, 19th Floor
                                                          Baltimore, Maryland 21202
                                                          410-862-1339 - Telephone
                                                          443-547-0669 - Facsimile

                                                          *Attorneys for Defendant Harriett Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, a copy of the foregoing Motion was served on all counsel of record via ECF.

                                                                                                                  */s/*
                                                                                           Ty Kelly, Federal Bar #27166