*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MARYLAND*
*SOUTHERN DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO.  1:22CR00091 (PX) |
| v. | * | |
| | * | |
| **Michelle O. Peebles** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

***JOINT MOTION***
***TO POSTPONE SENTENCING***

Defendant, **Michelle O. PEEBLES**, and the United States of America, through undersigned counsel, hereby respectfully and jointly request that the Court continue the sentencing set for 4 April 2025 for a period of ninety (90) days and in support thereof state:

1. On 25 February 2025, this Court issued a Memorandum Opinion and Order dismissing the Second Superseding Indictment in this case with prejudice. ECF Nos. 360-61.

2. Ms. PEEBLES entered a guilty plea prior to this Court's Memorandum Opinion but has not yet been sentenced. She is currently scheduled to appear before this Court for sentencing on 4 April 2025.

3. Both Ms. PEEBLES and the United States are actively considering the implications of this Court's 25 February 2025 Memorandum Opinion and request additional time to analyze its effect on Ms. PEEBLES's status in this case.

4.      The parties agree that Ms. PEEBLES has acted expeditiously in seeking potential relief under this Court's 25 February 2025 Memorandum Opinion, and continuing her sentencing date does not constitute delay.

**WHEREFORE**, Michelle PEEBLES and the United States of America jointly request that this Court continue Ms. PEEBLES's sentencing date currently set for 4 April 2025, at 10:00 a.m. for ninety (90) days.

Respectfully Submitted,

_____/s/_____
Darren S. Gardner
Assistant United States Attorney
United States Attorney's Office
6500 Cherrywood Lane, Suite 200
Greenbelt, MD 20770


_____/S/_____
G Arthur Robbins (Federal Bar No. 09770)
CHESAPEAKE MERIDIAN
7850 Walker Drive
Greenbelt, Maryland 20770
301.459.8200
GarRobbins@houlonberman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __10th day of March 2025, a copy of the foregoing Joint Motion to Postpone Sentencing was electronically filed and served on all counsel of record through the Court's CM/ECF system.

_____/s/_____
G Arthur Robbins

Case 8:22-cr-00091-PX    Document 364    Filed 03/10/25    Page 3 of 3