IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Crim. No. 8:22-cr-0091-PX** |
| | * | |
| **HARRIETT JACKSON,** *et al.*, | * | |
| | * | |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO CONTINUE SENTENCING DATE

Harriett Jackson ("Ms. Jackson"), and the United States of America, by and through undersigned counsel, hereby jointly move this Honorable Court to continue Ms. Jackson's sentencing date currently set for July 8, 2025, at 10:00 a.m., and in support thereof state:

1. On February 25, 2025, this Court issued a Memorandum Opinion and Order dismissing the Second Superseding Indictment in this case with prejudice. ECF Nos. 360-61.

2. Ms. Jackson entered a guilty plea prior to this Court's Memorandum Opinion, but has not yet been sentenced.

3. On March 10, 2025, this Court granted Ms. Jackson and the United States' joint motion to continue Ms. Jackson's sentencing date in order for both parties to consider the implications of this Court's February 25, 2025 Memorandum Opinion. She is currently scheduled to appear before this Court for sentencing on July 8, 2025.

4. On March 26, 2025, the United States noted an appeal of this Court's February 25, 2025 Memorandum Opinion. ECF No. 368; U.S.C.A. Case No. 25-4173.

5. Accordingly, the parties now jointly seek to continue Ms. Jackson's sentencing until after the appeal is adjudicated by the United States Court of Appeals for the Fourth Circuit.

6. The parties agree that Ms. Jackson has acted expeditiously in seeking potential relief under this Court's February 25, 2025 Memorandum Opinion, and continuing her sentencing date does not constitute delay.

WHEREFORE, Harriett Jackson and the United States of America jointly request that this Court continue Ms. Jackson's sentencing date currently set for July 8, 2025, at 10:00 a.m. until the appeal in U.S.C.A. Case No. 25-4173 is adjudicated.

Dated: April 14, 2025

/s/
Darren S. Gardner
Assistant United States Attorney
United States Attorney's Office
6500 Cherrywood Lane, Suite 200
Greenbelt, MD 20770

Respectfully submitted,

/s/
Tonya Kelly Cronin, Federal Bar #27166
tykelly@bakerdonelson.com
Annie M. Kenville, Federal Bar #20489
akenville@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
100 Light Street, 19th Floor
Baltimore, Maryland 21202
410-862-1339 - Telephone
443-547-0669 - Facsimile

*Attorneys for Defendant Harriett Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, a copy of the foregoing Motion was served on all counsel of record via ECF.

/s/
Tonya Kelly Cronin, Federal Bar #27166